FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 4 1997

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel, DONALD STEVEN MCLENDON, | ) <br> ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COLUMBIA HEALTHCARE | ) |
| CORPORATION a/k/a | ) |
| Columbia/HCA Healthcare | ) |
| Corporation, COLUMBIA | ) |
| HOMECARE GROUP, OLSTEN | ) |
| CORPORATION, OLSTEN | ) |
| HEALTH SERVICES a/k/a | ) |
| Olsten Kimberly Quality | ) |
| Care, OLSTEN HEALTH | ) |
| MANAGEMENT a/k/a | ) |
| Hospital Contract | ) |
| Management Services, | ) |
| IASD HEALTH SERVICES CORP. | ) |
| d/b/a BLUE CROSS BLUE SHIELD | ) |
| OF IOWA, and FISCAL | ) |
| INTERMEDIARIES U,V,W,X,Y and Z, | ) |
| | ) |
| Defendants. | ) |

**[ ORIGINAL ]**

FILED IN CAMERA AND UNDER SEAL ~JOF

CIVIL ACTION NO. **1  97-CV-0890**

**JURY TRIAL DEMANDED**

*CA99-3295*

**FILED**

DEC 1 4 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

COMES NOW, Donald Steven McLendon, Plaintiff in the above-styled action, by and

through his counsel of record, Harmon, Smith, Bridges & Wilbanks and The Jim Thomas

Law Office, and states that this is an action brought on behalf of the United States of

America by Donald Steven McLendon ("Plaintiff") against Columbia Healthcare Corporation

a/k/a Columbia/HCA Healthcare Corporation, Columbia Homecare Group, Olsten

Corporation, Olsten Health Services a/k/a Olsten Kimberly Quality Care, Olsten Health



FORMS RECEIVED
Consent To US Mag.
Pretrial Instructions
Title VII etc.



Management a/k/a Hospital Contract Management Services, IASD Health Services Corp. d/b/a Blue Cross Blue Shield of Iowa, and fiscal intermediaries, U,V,W,X,Y and Z (hereinafter collectively referred to as "Defendants" pursuant to the *Qui Tam* provisions of the Civil False Claims Act, 31 U.S.C. §§ 3729-33.

## JURISDICTION AND VENUE

### 1.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 31 U.S.C. §§ 3732(a) and 3730.

### 2.

Venue is appropriate as to each Defendant, in that one or more of Defendants can be found in, reside in, and/or transact business in this judicial district. Additionally, acts proscribed by 31 U.S.C. § 3729 have been committed by one or more of the Defendants in this judicial district. Therefore, within the meaning of 28 U.S.C. § 1391(c) and 31 U.S.C. § 3732(a), venue is proper.

## THE PARTIES

### 3.

Plaintiff is a citizen of the United States of America. He is a resident of Fulton County, Georgia, and resides at: 8270 High Hampton Chase, Alpharetta, Georgia 30201. Plaintiff brings this *Qui Tam* action based upon direct and unique information obtained during the years of his employment at an executive level with PartnersFirst Management (hereinafter "PartnersFirst") and Olsten Health Management Corporation, which will be described hereafter with specificity.

2

4.

Defendant Columbia Healthcare Corporation a/k/a Columbia/HCA Healthcare Corporation (hereinafter "Columbia") is a full service health care organization which provides a variety of health care services including in-patent, out-patient, homecare and related forms of medical care and services. Columbia owns, controls and provides policies and procedures for the hospitals, homecare agencies and homecare management companies described hereafter. This group of Columbia affiliates, subsidiaries and related entities will be referred to collectively hereafter as the "Columbia System." Columbia is a Delaware corporation which transacts business in the State of Georgia. Columbia's principal headquarters are located at: One Park Plaza, Nashville, Tennessee 37203, whereupon service may be made upon said Defendant.

5.

Defendant Columbia Homecare Group (hereinafter "CHG") manages homecare agencies for Columbia and oversees the management contracts for homecare agencies throughout the United States. CHG is a part of the Columbia System. CHG transacts business within the Northern District of Georgia. Service may be made on CHG at: 3333 Lee Parkway, Suite 300, Dallas, Texas 75219-5111.

6.

Defendant Olsten Corporation (hereinafter "Olsten Corp.") is a publicly traded corporation with headquarters in Melville, New York. Olsten Corp.'s primary businesses are homecare, staffing and homecare management services. Olsten Corp. is qualified to do business in Georgia and is transacting business in the Northern District of Georgia. Service

3

may be made upon Olsten Corp. through its registered agent, C.T. Corporation Systems located at 1201 Peachtree Street, N.E., Atlanta, Georgia 30361.

7.

Defendant Olsten Health Services a/k/a Olsten Kimberly Quality Care and a/k/a Kimberly Home Healthcare Inc. (hereinafter "OHS") is headquartered in Melville, New York, with operations all over the United States. OHS free-standing homecare agencies as opposed to the hospital based homecare agencies within the Columbia System. OHS is qualified to do business in Georgia and is presently transacting business in the Northern District of Georgia. Service may be made upon OHS through C.T. Corporation Systems, 1201 Peachtree Street, N.E., Atlanta, Georgia 30361.

8.

Defendant Olsten Health Management a/k/a Hospital Contract Management Services (hereinafter "OHM") is a New York corporation with its headquarters in Atlanta, Georgia. OHM transacts business within the Northern District of Georgia and throughout the United States. OHM is a division of Olsten Corp. and OHM's principal business is managing hospital based homecare agencies for Columbia and other hospital companies. Service may be made on OHM through at 400 Northridge Road, Dunwoody, Georgia 30350.

9.

Wherever appropriate, Olsten Corp., OHS and OHM will be collectively referred to as "Olsten").

10.

Defendant IASD Health Services Corp. d/b/a Blue Cross Blue Shield of Iowa

4

(hereinafter "BC-BS Iowa"), is an Iowa corporation with its principal headquarters in Des Moines, Iowa. BC-BS Iowa is a fiscal intermediary who is paid by the United States to process Medicare claims and detect fraud and abuse by health care providers. BC-BS Iowa transacts business in the Northern District of Georgia. Service may be obtained upon BC-BS Iowa through its registered agent, John D. Forsyth, Blue Cross Blue Shield of Iowa, 636 Grand Avenue, Des Moines, Iowa 50309.

11.

Defendant "U" is a fiscal intermediary that is one of the seven (7) fiscal intermediaries that, upon information and belief, is charged with oversight of Medicare claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System. As soon as the exact corporate identity for this fiscal intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "U."

12.

Defendant "V" is a fiscal intermediary that is one of the seven (7) fiscal intermediaries that, upon information and belief, is charged with oversight of Medicare claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System. As soon as the exact corporate identity for this Fiscal Intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "V."

13.

Defendant "W" is a fiscal intermediary that is one of the seven (7) fiscal

5

intermediaries that, upon information and belief, is charged with oversight of Medicare claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System.   As soon as the exact corporate identity for this fiscal intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "W."

14.

Defendant "X" is a fiscal intermediary that is one of the seven (7) fiscal intermediaries that, upon information and belief, is charged with oversight of Medicare claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System.   As soon as the exact corporate identity for this fiscal intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "X."

15.

Defendant "Y" is a fiscal intermediary that is one of the seven (7) fiscal intermediaries that, upon information and belief, is charged with oversight of Medicare claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System.   As soon as the exact corporate identity for this fiscal intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "Y."

16.

Defendant "Z" is a fiscal intermediary that is one of the seven (7) fiscal intermediaries that, upon information and belief, is charged with oversight of Medicare

claims filed with the Federal Government on behalf of Columbia and/or entities affiliated with the Columbia System. As soon as the exact corporate identity for this fiscal intermediary can be determined by Plaintiff, this Complaint will be supplemented to provide information as to how service can be obtained upon Defendant "Z.

## BACKGROUND INFORMATION

### 17.

The Medicare Program (hereinafter "Medicare") is a Health Insurance Program administered by the Government of the United States that is funded by tax payer revenue. It is overseen by the United States Health And Human Services Department.

### 18.

Medicare was designed to assist participating states in providing medical services and durable medical equipment to persons over sixty-five (65) years of age and others that qualify for Medicare.

### 19.

The fraudulent Medicare billing practices and actions of the Defendants described hereafter relate to products and services provided to the general public through numerous hospital and homecare agencies owned, managed and/or controlled by Columbia and the Columbia System. Olsten and the fiscal intermediaries are involved in the fraudulent schemes revealed in this Complaint by Plaintiff. The purpose of the fraudulent schemes described in paragraphs 1 through 98 hereafter has been to cause overpayment by Medicare of enormous amounts believed by Plaintiff to exceed $100,000,000. The net effect of the Medicare fraud has been savings within the Columbia System and Olsten many of millions

of dollars through illegal cost shifts achieved by intentionally disguising unreimbursable activities as being reimbursable.

20.

This Complaint primarily concerns and relates to Medicare recipients which comprise ninety percent (90%) or more of the client base of the respective homecare agencies referenced herein.

21.

The scope of the Defendants' fraudulent activity within the Columbia System is spread throughout the United States.

Medicare Fraud Facts

22.

Beginning in June 1994, Plaintiff was employed by PartnersFirst as Vice President of Operations for the States of Florida and Illinois. PartnersFirst was a Florida corporation was engaged in the business of health care management. A substantial portion of PartnersFirst business involved ownership and management of homecare agencies.

23.

While Plaintiff was employed at PartnersFirst, he became familiar with and knowledgeable of various aspects of the business practices of various hospital and homecare agencies within the Columbia System. He regularly interacted with Columbia System financial, operational, marketing and quality assurance personnel.

8

24.

In February 1996, PartnersFirst was purchased by OHM. Prior to that time, OHM had been a direct competitor in the homecare business to PartnersFirst.

25.

OHM is a wholly owned subsidiary of Olsten Corp. OHM is in the business of managing homecare agencies. OHM assumed and maintained the management agreements that PartnersFirst had in place on the date of its purchase.

26.

Plaintiff served as Vice President of Client Development/Marketing for OHM on a national basis. After commencing employment with OHM, Plaintiff gained an enhanced understanding of the business relationships between OHM, CHG and other entities within the Columbia System.

27.

Plaintiff learned that, commencing in 1994, OHM began directly selling homecare agencies to hospitals owned by and/or affiliated with the Columbia System. The purchases of these homecare agencies were handled typically through the division and group levels of Columbia's organization.

28.

As a part of purchase and sale of the Columbia homecare agencies, Columbia awarded OHM long term management agreements and contracts. The homecare agency purchases and execution of the management services agreements are carried out simultaneously at the division level of Columbia.

29.

The above-referenced management agreements generally required OHM to provide full service management to the Columbia System entities, including billing, information systems, operations management, marketing, regulatory compliance, quality assurance and financial reporting.

30.

Under the terms of these management agreements, OHM personnel become directly involved in the management of the Columbia System homecare agencies. The Columbia homecare agency directors are either OHM employees or managed and/or supervised by OHM personnel.

31.

CHG also manages homecare agencies for the Columbia System. CHG directly oversees management contracts for all Columbia System homecare agencies in the United States. CHG was conceived and designed, in pertinent part, to mirror the corporate configuration, structure and management function of OHM. Plaintiff's expectation and the stated intention of CHG is that CHG will assume the management position for the Columbia System now maintained by OHM at the termination of the existing Columbia System - OHM management contracts.

32.

CHG provides multiple management services for the Columbia System homecare agencies. CHG is involved with policies and procedures, implementation, training, supervision, monitoring, and inventory and supply purchasing and maintenance. CHG also

monitors compliance by the Columbia System homecare agencies on regulatory matters.

33.

The Columbia System homecare agencies referenced herein are, typically, departments of respective Columbia System hospitals and not separate legal corporations or entities. The Columbia System homecare agencies, hospitals and management companies are owned and controlled by Columbia.

34.

As a result of Plaintiff's daily interaction with the personnel and executive officers within the Columbia System, he has gained a unique point of perspective. He has gained a detailed knowledge of the policies and procedures demanded of Columbia System personnel. Plaintiff has also gained an understanding of the policies and procedures utilized by OHM in condoning, and in some cases actually assisting, Columbia with the fraudulent billing practices revealed herein.

35.

As a part of Plaintiff's job responsibilities with OHM, he regularly received cost allocating information relating to Community Educators (hereinafter "CEs"), Patient Care Coordinators (hereinafter "PCCs"), Home Care Coordinators (hereinafter "HCCs"), Community Liaisons (hereinafter "CLs") and Community Liaison Nurses (hereinafter "CLNs") within the Columbia System. Additionally, Plaintiff had direct and systematic communications with high level financial officers within the Columbia System. He regularly collaborated with Columbia System financial controllers, executive officers, chief financial officers and division personnel. Much of the factual information contained within this

Complaint was provided directly to Plaintiff by Columbia System executive officers at conferences and meetings conducted between OHM and Columbia System personnel.

36.

Additionally, as a result of Plaintiff's position of authority at OHM as Vice President of Operations for the States of Florida and Illinois, he had open access to important financial data relating to the purchase of Columbia System homecare agencies. Plaintiff has developed an in-depth knowledge of the business practices and philosophies of Columbia and Olsten. Plaintiff has compiled a wealth of information and documents that map out how Columbia has achieved its mission statement at the expense of the United States taxpayers through fraudulent Medicare billings. The Columbia mission statement explicitly states that its mission is to increase the equity of its shareholders by increasing the value of their shares. The millions of Medicare dollars that have been procured by Columbia through fraud have increased the value of its stock by creating cost shifts which increase Columbia System profitability.

37.

The primary function of CHG is to provide management services for the respective Columbia System agencies. CHG also works closely with other management organizations, such as OHM, who are under contract with Columbia System entities. Plaintiff continues to have a close working relationship with CHG personnel at the national level. Plaintiff has a direct relationship to, and involvement with, CHG national level personnel who are involved in Columbia System policy making, business planning, sales training and business development. Plaintiff's knowledge of the acts of fraud described hereafter is the direct

12

product of his personal interaction with Columbia System personnel and his personal review of voluminous documents and data provided to Plaintiff in the course of his job responsibilities at OHM.

38.

As a part of Plaintiff's former job responsibilities as national OHM Vice President of Client Development And Marketing, Plaintiff had direct responsibility over OHM employees who served as directors of community education.  These are regional managers with direct or dotted line responsibilities to the Columbia System homecare agency employees with the titles CE, PCC, HC, CL and CLN.

39.

Upon information and belief, Plaintiff's status and level of understanding as to the business practices of these Defendants is special and unique.  Plaintiff has years of direct exclusive experience concerning the development and implementation of the business practices and relationships between and among each of the Defendants.

40.

It should also be noted that Plaintiff has just been promoted to Vice President of Operations for the States of Georgia and Alabama by OHM.  This job change occurred in March 1997 and Plaintiff is now primarily involved in OHM operations matters but he still interacts daily with executive level Columbia System personnel.

41.

Plaintiff believes that his job change was directly related to his complaints to OHM and Columbia System personnel concerning the reimbursement issues referenced herein.

Plaintiff regularly and repeatedly voiced his concerns about the dubious Medicare billing practices that were being aggressively implemented by Columbia and CHG.  Because OHM had management responsibilities over the sales personnel involved (to include CEs, PCCs, HCCs and CLs), Plaintiff became very concerned and he expressed those concerns to the OHM hierarchy.  By way of example, on September 26, 1996, Plaintiff directed a memo to Gwynne Shepherd, Pam McGowan, Cathy Van, Blarcom and Bill McCartney, addressing the risks associated with the Columbia System's utilization of non-clinical CEs.  Also, on February 25, 1997, Plaintiff wrote Terry Mitchell (a senior executive with OHM) that the non-clinical CE role was posing "significant reimbursement issues."  All of these documents are included within Exhibit "A" which is attached hereto and explained in greater detail hereafter.  Exhibit "A" relates to OHM's specific knowledge of the fraudulent schemes revealed in this Complaint.

42.

Plaintiff has even warned OHM about the possibility of a "whistle blower" in the past.  See, September 26, 1996, memo with Exhibit "A."  Rather than respond to or address the Columbia System improprieties that the Plaintiff was bringing to their attention, Plaintiff was removed from his sales and marketing responsibilities and transferred into an operational position.  Plaintiff believes this move was motivated, in large part, to silence his objections to Columbia and Olsten practices.

### SPECIFIC ACTS OF MEDICARE FRAUD
### COMMITTED BY DEFENDANTS

### COUNT I

### DEFENDANTS ARE SUBMITTING CLAIMS TO MEDICARE FOR PURE SALES ACTIVITIES BY CEs, PCCs And CLs AS BEING ALLOWABLE COSTS FROM WHICH REIMBURSEMENT IS RECEIVED FROM MEDICARE

43.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-42 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

44.

Columbia System employees with CE, PCC and CL titles regularly and systematically engage in the practice of sales and solicitations. By design, these sales and solicitations are conducted to increase patient referrals to Columbia System agencies and to generate cost shifts by filing Medicare claims for these sales activities as if they were allowable expenses proper for reimbursement. Sales and solicitation costs for these Columbia System employees are not allowable or reimbursable expenses under Medicare laws and regulations.

45.

These sales and solicitations have been reinforced through the systematic sales behaviors and training required of employees within the Columbia System. The CEs, PCCs and CLs regularly perform sales functions and solicitations by calling upon physicians, alternative care providers, nursing homes and other health care organizations.

46.

These personnel are trained in the art of sales and solicitation by specific training programs and materials designed and provided by Columbia and the Columbia System. The Columbia "Sales Management Guide dated January 1997 (hereinafter "Guide"), is a Columbia training document that contains specific information of great importance. Several pertinent examples of the facts set forth in this paragraph are taken from the January 1997 Guide and attached hereto as Exhibit "B." The Guide is distributed to the CEs and other sales personnel. It states, among other things, that "Columbia/HCA Healthcare Corporation is dedicated to becoming a sales-driven organization. To create a sales-drive organization, each entity within the Columbia system must adopt a sales philosophy and develop a sales culture." Exhibit "B,", p. 3.

47.

The Columbia emphasis on sales and marketing permeates from the very top of the executive ladder down to the CE level. By way of example, Julia Wright (Columbia Group Director - Community Education) has extensive experience in sales and marketing. She is a member of the National Association of Sales Trainers. She trains sales personnel, such as CEs, PCCs and the like, how to grow the business and implement effective referral development programs. Likewise, at the lower levels of the Columbia System, sales backgrounds and experience are emphasized in the hiring of CEs. The Miami Columbia Agency provides an illustrative example. Plaintiff has been informed that fourteen (14) of the seventeen (17) CEs in one Miami agency have sales backgrounds and/or training with little or no clinical experience. Clearly, Columbia is hiring sales personnel to perform sales

functions at the CE, PCC and CL levels.

48.

Demands are imposed upon the Columbia System employees such as CEs and HCCs to complete a specific number of sales calls for the purpose of gaining referrals and admissions to Columbia System homecare agencies. Exhibit "B," p. 5. There is no dispute as to the purpose and intent of the Guide. It unequivocally outlines the number of calls per week required and it identifies admission and referral goals for sales personnel. The Guide goes so far as to state that the CEs "territory structure and time allocation . . . should be similar to that of any sales representative calling on the medical community." Exhibit "B," p. 5.

49.

Additionally, CEs and other Columbia System personnel are now required to attend and participate in intense sales training courses to enhance their sales abilities and effectiveness. The Guide "strongly recommends" that CEs and HCCs attend the Columbia System's Integrated Selling Seminars. Exhibit "B," p. 59. The training is actually taught by Directors of Community Education from CHG. Exhibit "B," p. 59. Additional correspondence and documentation relating to Columbia sales training and expectations are attached hereto as Exhibit "C."

50.

Under the criteria set forth with the Columbia System documents possessed by Plaintiff, the job titles of CE, PCC and CL are essentially sales positions. The Guide boldly refers to CEs as "education/sales representatives." Exhibit "B," p. 26.

51.

A hand drawn organizational chart was prepared by Kyle Hooper, National Director of Community Education for the Columbia System, in a meeting with Plaintiff on March 6, 1997. This chart is attached hereto as Exhibit "D." This chart is additional evidence of the fact that Columbia System Community Education components are, in fact, a part of the "sales" side of Columbia and the Columbia System.

52.

The Guide requires sales "coaching" for the CEs, PCCs, HCCs and other sales personnel. The coaching of these sales personnel is designed by Columbia to bridge the formal Integrity Selling Training with the "realities of real day-to-day sales calls." Exhibit "B," p. 30.

53.

OHM is aware of the facts set forth above concerning the sales and solicitation activities of the CEs, PCCs and CLs. Plaintiff has sent and received communications which detail OHM's knowledge of these facts. Documents proving this fact are attached hereto as Exhibit "E." Also, OHM has access to the blatant sales requirements and expectations set forth through the entirety of the Guide.

54.

In fact, OHM's twelve (12) Directors of Community Education work directly with Columbia System employees in an effort to meet Columbia's goal of growing its business by increasing patient referrals through the sales and solicitations by all employees, including CEs, PCCs, HCCs and CLs. A large number of business records are available which prove

these facts.  These business records would include, but are not limited to, Community Education Strategic Plans, CE and HCC incentive plans, CHG memoranda and OHM memoranda.  A sampling of documents relevant to the involvement of OHM Directors of Community Education are attached hereto as Exhibit "F."  See also, Exhibit "B." pp. 12-22, 26-28, 59-77.

55.

The Columbia System CEs, PCCs, HCCs and CLs are performing sales functions. This fact, in and of itself, is not a violation of any federal law referenced within this Complaint nor is it a bad business practice.  However, it is Medicare fraud when the costs for these sales functions are intentionally disguised by the Defendants and submitted to Medicare as being reimbursable costs.  The submission of false claims to Medicare for reimbursement by and through the Defendants is at the very crux of this *Qui Tam* action.

56.

Plaintiff has knowledge that Medicare fraud is committed by the Defendants on a large scale.  The National Director of Community Education for the Columbia System has admitted that reimbursement is being received for the sales activities of the CEs, PCCs and CLs.  This admission was just made by Kyle Hooper to Plaintiff on March 6, 1997, during Plaintiff's visit with Columbia executives in Dallas, Texas.  Additionally, Mark Wickline, Director of Community Education for the Columbia System for the entire Eastern Seaboard has admitted he was nervous about these illegal activities.  He went on to say that if the Community Education Coordinators are doing their jobs - even in the event of a claims disallowance - the money that Columbia and the Columbia System will have made

beforehand will make up for the disallowments.  This telephone conversation with Plaintiff was recorded while both parties were in Atlanta, Georgia, at approximately 1:10 p.m., Eastern Standard Time, on Thursday, March 20, 1997.  The transcript of this conversation and the admission just described is attached hereto as Exhibit "G."  This is blatant Medicare fraud and as such constitutes another substantial basis for the filing of this *Qui Tam* action.

57.

OHM is also aware of and a party to this fraudulent scheme.  OHM has management responsibilities over Columbia System homecare agencies for which the sales and solicitations are being conducted.   Plaintiff has sent and received internal OHM communications reaching the highest executive levels of OHM which describe and make reference to these illegal sales activities.  See, Exhibit "E."  OHM cannot feign ignorance of the Columbia Medicare schemes.

58.

The January 17, 1997, memorandum, contained within Exhibit "C," from Rick Hartwig (Area Vice President of Operations for OHM) to Plaintiff is conclusive as to OHM's knowledge.  Mr. Hartwig acknowledges that CHG is sending its CEs through the Integrity Selling Program.  OHM is also aware that Medicare is being fraudulently billed for this sales training.

59.

OHM has identified the motivation within the Columbia System to increase referrals and visits through the use of CEs as sales personnel.  The December 19, 1996, OHM interoffice memorandum from Cathy Curley to Plaintiff specifically references the

"relationship of visits to the ability of the hospital to cost shift."  See, Exhibit "E."

60.

Additionally, it is also important to note that all OHM Directors of Community Education are incented to promote the usage of Columbia System personnel (such as CEs, PCCs and CLs) as salespersons to increase referrals and admissions.  Exhibit "H," attached hereto is a copy of the OHM 1997 Incentive Compensation Plan.

61.

Exhibit "I," attached hereto, proves that certain Columbia System CEs and HCCs are incented to perform sales and solicitation functions.  See also, Exhibit "B," p. 28.  Kyle Hooper admitted to Plaintiff on or about March 6, 1997, that approximately 25% of all Columbia System CEs are incented to achieve sales quotas.  The other CEs are paid salaries to sell.  The passing on of these sales activities and costs through Medicare for reimbursement is blatant Medicare fraud.

## COUNT II

### DEFENDANTS ARE SUBMITTING MEDICARE CLAIMS FOR PURE MARKETING ACTIVITIES BY CEs AND PCCs AS BEING ALLOWABLE COSTS FROM WHICH REIMBURSEMENT IS RECEIVED FROM MEDICARE

62.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-61 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

63.

Just as was the case with the sales activities referenced above, marketing activities

are being intentionally disguised as being reimbursable events for which reimbursement is being paid by Medicare to the Columbia System.

64.

Marketing is now an essential component within the job expectations for CEs and PCCs. See, Exhibit "B." Plaintiff acknowledges that there is nothing per se illegal about requiring these personnel to perform purely marketing functions. The illegality results when Medicare claims are sought and paid wherein reimbursement is received for these marketing activities.

65.

Plaintiff has knowledge that persons on behalf of the Columbia System are disguising and submitting marketing activities as constituting allowable costs for which reimbursement is received from Medicare. Plaintiff has it, upon information and belief, and admission by executive officers of the Columbia System that said marketing activities are being fully reimbursed by Medicare. Marketing training and skills are a component of the sales training now being required of Columbia System sales personnel such as CEs.

66.

Plaintiff also has direct knowledge that OHM is aware of this fraudulent scheme. OHM's knowledge can be established by review of the multiple documents and business records now existing within Plaintiff's control that reference OHM's knowledge of the sales and marketing activities complained of herein. See, Exhibit "E." OHM has management responsibility over the employees who are directly involved in these sales and marketing activities. OHM also has access to and knowledge of Exhibits "B", "C", "E", "F", "H" and "I"

22

attached hereto.  OHM is aware of this fraudulent scheme.

## COUNT III

### DEFENDANTS ARE TREATING PURE CASE FINDING ACTIVITIES BY HCCs AS CONSTITUTING ALLOWABLE COSTS FOR WHICH REIMBURSEMENT IS BEING RECEIVED FROM MEDICARE

67.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-66 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

68.

Plaintiff has participated in multiple discussions with Columbia System personnel where admissions have been made concerning the case finding activities by HCCs.  Case finding is not a legitimate reimbursable activity.  However, Columbia System HCCs not only engage in case finding, this activity is an expected and widely recognized aspect of the HCC job within the Columbia System.

69.

Plaintiff has knowledge of specific instances where case finding activities by HCCs were submitted to Medicare and treated as being reimbursable events.  Both Dorcas Hartman (Area Vice President for OHM) and Pam McGowan (Vice President for Florida - OHM) have stated that HCCs were reviewing patient charts within the hospitals (prior to referral) for the purpose of increasing referrals with the Columbia System.

70.

By way of example, in southwest and northwest Florida, HCCs are going through

medical charts and performing duties that are appropriate for discharge planners and case managers.  This case finding and/or duplicative effort is not an allowable cost.

71.

As a result of OHM's management role and collaboration with the above referenced Columbia System personnel in growing the business of Columbia System by increasing patient referrals and capturement rates, OHM has direct knowledge of these illegal practices, both in terms of observing and condoning the case finding behavior by the HCCs.

72.

As was the case with the fraudulent schemes referenced above, despite OHM's knowledge of the illegal activities, OHM has not exercised its managerial or oversight abilities to stop or report these abuses and acts of fraud to the best of Plaintiff's knowledge and belief.

COUNT IV

MEDICARE IS BEING BILLED EXCESSIVELY FOR
MANAGEMENT COSTS ASSOCIATED WITH THE
MANAGEMENT OF PATIENT VISITS WITHIN THE
COLUMBIA SYSTEM OF HOMECARE AGENCIES

73.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-72 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

74.

The management contract between OHM and Columbia System homecare agencies provides for compensation to OHM on a per patient visit basis.  The typical range of

compensation is between $9.80 and $10.50 per visit.  Plaintiff has been informed that the management charge billed by OHM is shifted at 100% of said cost to Medicare. Additionally, CHG receives 3.78 percent of agency expenses, which generally amounts to approximately $3.00 per visit for "managing the manager." This charge is similarly submitted to Medicare.  To make matters worse, in some situations (such as the one now existing in Atlanta, Georgia), a third management entity (Simeon Central Inc.) is also receiving a fee per visit for the same visit referenced above.  The net effect of this practice is to double or triple bill Medicare for the management of a patient visit.  These redundant charges to Medicare are illegal.

75.

The violation of the False Claims Act referenced in Paragraph 73 was acknowledged on April 2, 1997, by Todd Wiebusch (former Area Vice President - OHM) in a conversation with Plaintiff and Kathy McClellan (Area Vice President with Simeon Central Inc.)  The excesses of Columbia with regard to expensive and recurrent entertainment costs such as limousines, alcohol and extravagant meals related to national and regional meetings were discussed.  The excesses involved in the recent National CHG meeting in Dallas in March 1977 were discussed in this conversation as well.

76.

Again, each of the Defendants has knowledge of this form of Medicare fraud and abuse. The Defendants have chosen to ignore these illegalities while retaining the millions of dollars generated as fruits of the fraud.

77.

There is no legitimate basis for passing these costs to Medicare. However, Olsten and the Columbia System benefit directly as otherwise unreimbursable costs are being passed through to Medicare which are used to fund the monies owed to OHM under the management contracts now in place.

## COUNT V

### THE OHM CONTRACTS WITH EACH COLUMBIA SYSTEM HOSPITAL AND HOMECARE AGENCY IS ILLEGAL IN THAT THE COST OF EACH MANAGEMENT CONTRACT IS PASSED THROUGH DIRECTLY TO MEDICARE FOR REIMBURSEMENT BY OVERSTATING ACTUAL MANAGEMENT EXPENSES TO INCLUDE EXPENSES WHICH SHOULD NOT BE ALLOWABLE OR REIMBURSABLE

78.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-77 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

79.

Plaintiff has information that the sale of homecare agencies from Olsten to Columbia involved a fraudulent scheme. Terry Mitchell is the Senior Executive for OHM. Mr. Mitchell is over the entire OHM division. He was involved in the structuring of the purchase of the homecare agencies affiliated with Dunwoody Medical Center and West Paces Ferry Medical Center in Atlanta, Georgia, by Columbia.

80.

On April 2, 1997, Mitchell explained to Plaintiff the structuring of these purchases

in terms of Medicare reimbursement consequences. He stated that the purchase price was artificially low because purchase costs are not reimbursed by Medicare. However, management fees are reimbursable events so Columbia and OHM agreed to pay OHM substantial management fees that would be received by OHM to offset the deflated purchase price. The effect of this transaction as described would violate the False Claims Act. It is another example of how Columbia and Olsten have acted in concert to abuse Medicare reimbursement regulations.

81.

Within the April 2, 1997, conversation between Terry Mitchell and Plaintiff, Mr. Mitchell alluded to Olsten and Columbia executives such as Phillip Unger, Rick Scott, Bob Fusco and Sam Grecco as being individuals responsible for the structuring of the acquisitions referenced in Paragraphs 78 and 79 above. Mr. Mitchell said that Mr. Unger was trying to change the initial purchase price previously agreed upon by Mr. Fusco and Mr. Grecco. Mr. Mitchell interceded and demonstrated to Mr. Unger that increasing the purchase price was counter-productive since that cost was not reimbursable by Medicare. Instead, OHM should have their cost per visit rate increased which would be reimbursed by Medicare.

82.

Plaintiff has it, upon information and belief, that recent Columbia acquisitions of homecare agencies involve artificially deflated sales prices. The simultaneously executed management agreements with the sellers are artificially inflated and used as financing tools for the agency acquisitions.

## COUNT VI

### HOSPITAL EMPLOYEES (FROM HOUSEKEEPERS TO CONTROLLERS TO DEPARTMENT MANAGERS) ARE BEING PLACED ON HOMECARE PAYROLLS AND THE COSTS ASSOCIATED WITH THESE EMPLOYEES ARE BEING FRAUDULENTLY PASSED ON TO MEDICARE AS REIMBURSABLE COSTS

83.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-82 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

84.

By way of example, in the Selma, Alabama, homecare agency, multiple salaries are being run through the Columbia System homecare agency that have nothing to do with that agency. Salaries and benefits of multiple Four Rivers Medical Center hospital employees are being passed through the homecare agency (as opposed to treating these employees as hospital employees) in order to receive reimbursement from Medicare where reimbursement would not otherwise be available. Exhibit "J" attached hereto contains information about specific hospital employees that have appeared on homecare agency payrolls. Columbia and OHM have been aware of this fraudulent billing practice for approximately one year. OHM employee Todd Wiebusch reported this payroll error directly to the Columbia System's hospital Chief Executive Officer in Selma. Columbia executive level personnel who are aware of these facts as of today's date include Sam Minkowitz (Division Level CFO), Bob Bigley (Four Rivers Medical Center CFO), Wayne Thompson (Four Rivers Medical Center CFO) and Audera Warmbrod (CHG Vice President, Mid-Atlantic Division).

85.

The Columbia System hospital personnel involved in this scheme run the entire employment gambit from housekeepers to controllers to department mangers.  This is blatant Medicare abuse and this is representative of the extremes to which the Defendants will go in order to fraudulently and illegally shift costs through Medicare.

## COUNT VII

### IN ADDITION TO REQUIRING THE CEs TO PERFORM SALES FUNCTIONS FOR THE BENEFIT OF THE COLUMBIA SYSTEM HOMECARE AGENCIES, CERTAIN CEs ARE NOW BEING REQUIRED TO SELL ADDITIONAL HOSPITAL SERVICES AND PRODUCTS

86.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-85 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

87.

As a part of the Columbia System product/marketing plan that is now in place, sales personnel such as CEs are being required to sell hospital services and products.

88.

This product/marketing plan referenced in the Guide.  See Exhibit "B," p. 77.

89.

The Columbia System product/marketing plan directly involves the sales personnel from the Columbia System homecare agencies with the growth and budget concerns of the Columbia System hospitals.

90.

Exhibit "K" attached hereto provides additional evidence of the Columbia and CHG plan to integrate CEs with Columbia System sales and marketing initiatives. The documents written by CGH specifically list the HCCs and CEs as being a part of the "business development team." The mission of this "business development team" is to increase the market share and profits of Columbia and the hospitals, homecare agencies and other entities within the Columbia System. See, Exhibit "K."

91.

The filing of claims which seek reimbursement for the sales and marketing activities of the CEs and HCCs referenced above for the sake of selling hospital services is clearly in violation of the law and constitutes Medicare fraud. Reimbursement from Medicare for these activities is expressly prohibited, yet the Defendants continue to persist in this illegal course of conduct.

92.

By way of example, in the Tampa, Florida, market, the CEs are required to not only sell homecare services, they are now required to integrate Columbia System hospital services into their sales and solicitation efforts, through Columbia's Network Marketing Campaign.

93.

The net effect of this scheme is that Columbia System hospitals are utilizing the CEs to act as their sales representatives. For instance, if the hospital has a cardiac program or a physical therapy program, these programs can be sold or marketed through the CE personnel utilized within the Columbia System homecare agencies. These sales efforts are

being reimbursed through Medicare (illegally) and the hospitals are receiving the benefit of these sales functions at no cost to the hospital.  Hence, Columbia accomplishes its desired cost shift.  Randy Kline (the Columbia Division Vice President in the Florida Western Division) or Nancy Sherm (Area Marketing Representative for CHG) are directing the marketing efforts in the Tampa market and they should have knowledge of these facts. Debbie Garau (Director of Community Education for OHM) has aided the training and implementation of the cross-training of CEs for hospital as well as homecare sales and she too would have direct knowledge of the facts stated in Paragraph 92.

COUNT VIII

BC-BS IOWA AND THE OTHER FISCAL INTERMEDIARIES
U, V, W, X, Y AND Z HAVE KNOWLEDGE OF THESE
FRAUDULENT ACTIVITIES OR SHOULD HAVE
KNOWLEDGE OF THESE FRAUDULENT ACTIVITIES
IN THE EXERCISE OF REASONABLE CARE

94.

Plaintiff restates and reavers the allegations contained in Paragraphs 1-93 as if each were stated herein in their entirety and said allegations are incorporated herein by reference.

95.

It is the job of Defendant fiscal intermediaries to review the claims submitted through these intermediaries to Medicare.  These intermediaries are paid to process Medicare claims and to detect fraud and abuse by health care providers, such as the other Defendants.  They have ignored the fraudulent schemes described herein and/or performed negligent audits which would have detected these fraudulent actions but for the intermediaries' negligence.

31

96.

Plaintiff has it, upon information and belief, that because of the enormity of business generated through the Columbia System and Olsten, that said BC-BS of Iowa, and the other fiscal intermediary Defendants have not properly protected the interests of the Federal Government or the Health Care Financing Administration in the transactions referenced above. Their acts of ignorance and/or concealment constitute fraud, both actual and constructive. They should have identified the claims that were not proper for Medicare reimbursement. Their actions and/or inactions have caused and contributed to the illegal payment of funds by Medicare.

97.

The motivation for this tolerance of blatant illegal activities is, purely and simply, the millions of dollars that are generated for these intermediaries by Olsten's Columbia and the Columbia System.

98.

Because of the Defendants' conduct set forth above, the United States of America has suffered actual damages.

**WHEREFORE**, Plaintiff Donald Steven McLendon, acting on behalf of and in the name of the United States of America, demands and prays that judgment be entered in favor of the United States against each Defendant, jointly and severally, as follows:

(a)     For treble the amount of the United States' damages, plus civil penalties of Ten Thousand Dollars ($10,000) for each false claim;

(b)     For all costs of this civil action;

(c)     That Plaintiff be awarded the maximum amount allowed pursuant to 31 U.S.C. § 3730(d);

(d)     That a trial by jury be had as to the allegations against each Defendant set forth herein;

(e)     That the Plaintiff and the United States receive such other and further relief as this Court deems to be just and equitable.

This _4TH_ day of April, 1997.

Respectfully submitted,

HARMON, SMITH, BRIDGES & WILBANKS

By: _Marlan B Wilbanks_
Marlan B. Wilbanks
Ga. Bar No. 758223

By: _Ty M Bridges (by ma)_
Ty M. Bridges
Ga. Bar No. 081500

Attorneys for Plaintiff Donald Steven McLendon

1795 Peachtree Road, N.E., Suite 350
Atlanta, Georgia  30309-2339
404/881-1200

THE JIM THOMAS LAW OFFICE

By: _James M. Thomas_
Jim Thomas
Ga. Bar No. 705500

Co-Counsel for Plaintiff Donald Steven McLendon

1795 Peachtree Road, N.E., Suite 350
Atlanta, Georgia  30309-2339
404/724-0042

## VERIFICATION

STATE OF GEORGIA

COUNTY OF FULTON

Personally appeared before me, the undersigned officer authorized by law to administer oaths, came **DONALD STEVEN MCLENDON**, who, after being duly sworn, states and affirms that the allegations of fact set forth in the Complaint as styled above are true and correct to the best of his knowledge and belief.

_____
Donald Steven McLendon

Sworn to and subscribed before me
this __4__ day of _April_ , 1997.

_____
NOTARY PUBLIC

My Commissions Expires:

Notary Public, DeKalb County, Georgia
My Commission Expires August 15, 1998

EXHIBIT "A"

**Olsten** Health Management                                    •**Interoffice Memo**

400 Northridge Road, Suite 900, Atlanta, GA 30350                    (770) 998-2239

Date:       February 25, 1997

To:         Terry Mitchell

From:       Don McLendon

RE:         February Management Report
CC:         OHM Group Leaders



FILED

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MAJOR PROJECTS AND INITIATIVES

1) Development of the Contract Administration Department that will focus on contract preparation, contracts data base, tracking and communicating data base information, annual client review report, and acquisition support. An organizational plan, including time-lines, detailed overview, and data base inclusions are currently under review. Will distribute plan to OHM Group Leaders after Senior Exec approval.

2) Reports Steering Committee status. Committee met in Tampa and focused on : prioritizing issues/projects; developing time-lines; establishing reporting structure and expectations. Five sub-groups were formed. Three of the groups will be short term with 30 to 60 day completion cycles and include: Summary Management Report - Steve Menaquale facilitator; GL Report - Trevor Sylvestre facilitator; Agency Director Monthly Report/Benchmark - Nancy Graves-Thomas facilitator. The two long term groups involve: client reporting - Rick Hartwig facilitator; and internal reports - Doug Henderlight facilitator. Our primary objectives are to IMPROVE COMMUNICATION AND DECREASE THE VOLUME OF PAPER.

3) Clinical Liaison Nurse (CLN) project has been completed by DCEs (Cathy Curley, A. Barrett, and Bob Brunson). We need to implement this system in our agencies. I've mailed the outline to B. Cook. The format is so simple we might be overlooking the impact this service will have on the MD referral sources.

4) The January Medicare Admission Report has been completed. Where we don't have numbers, I would assume that the conversion rate is low. Ops VPs need to review these numbers and request help from the hospital CEO/Division to correct the problem areas.

## HR ISSUES

FILED

DEC 1 4 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

* Actively recruiting DCE position for S.E. Florida.

* Will begin recruiting process for Northeast/Midwest in next 30 days. Steve Freyer is covering most of the territory for the short term.

**EXHIBIT " A "**

\* DCE restructuring under way in Tampa, East-Central Florida, and Mississippi.

## COMMUNICATION ISSUES

\* DCE Manual complete and distributed.

\* Marketing Department will notify Ops Group Leaders several days prior to rolling out new Specialty Programs and collateral materials.  We will do the same for Columbia Division (FL). Let us know if there are any expected problems.

\* I will receive and distribute summary reports from the Reports sub-groups on a monthly basis.

## MAJOR DECISIONS



\* We must address the non-clinical CE role.  The CLN model will help in the long run.  There are significant reimbursement issues related to our current structure in the agencies.

**Olsten** Kimberly QualityCare                                 **Interoffice Memo**

400 Northridge Road, Suite 900, Atlanta, GA 30350                    (770) 998-2239

Date:          September 26, 1996

To:            Pam McGowan        Kathy Van Blarcom        Bill McCartney

From:          Don McLendon

RE:            Non-Clinical (Client) Community Educators

We are all aware of the risks associated with hiring non-clinical Community Educators for our clients. Given Vladek's recent administrative rulings, we need to immediately implement a change in our hiring process. The new job descriptions will state at a minimum that the client CE will be a nurse or other licensed health care professional. This gives us a little flexibility, while following the letter of the regs. That's the easy part.

Our real issue is deciding how to handle the non-clinical CEs already working for our clients. I would suggest that you get a head count going to determine where and how you need to respond. We've definitely crossed that threshold. Any failure to act, or at least to recommend such actions to our clients, could prove costly.

We need to consider several potential problems. There are certainly limiting factors relating to following appropriate HR guidelines. There is also a potential for losing referrals. The prospect of a "whistle blower" even enters the picture. And you know how things will line up in a few locations; the CE that you need move out will be the daughter of the hospital CEO.

That said, I 'm certain that we need to take action. Let me know if or how I can be of assistance. We can follow up on this issue with our conference call.

**Olsten** Kimberly QualityCare                    **Interoffice Memo**

400 Northridge Road, Suite 900, Atlanta, GA 30350                    (770) 998-2239

Date:          September 26, 1996

To:            Gwynne Shepherd

From:          Don McLendon

RE:            Non-Clinical (Client) Community Educators

Gwynne, since our conversation the first of this week, I've talked with the RCEMs and Patty Ma
about the issue of non-clinical CEs. I've also written a memo to the Ops Group Leaders
encouraging immediate, but very careful actions to resolve your dilemma. Yours is not the worst
situation by a long shot.

Patty and I share the opinion that we can't leave the clients at risk. The potential for a
reimbursement pop is very real. I'll follow up with Kathy and the rest of the Ops Group Leaders
over the next few weeks to see if we can give you some clarity on this problem.

In the mean time, if there is any thing at all that I can do, please don't hesitate to call.

EXHIBIT "B"

# ◆ COLUMBIA Homecare

# SALES MANAGEMENT GUIDE

January 1997

EXHIBIT "___B___"

# Sales Management Guide
## Table of Contents

Introduction

PAGE

I.  **Home Care Agency Sales/Marketing Tools** ................................. **4**

- Community Education Coordinator/Home Care Coordinator ........... 5
- Educating and Development Support Personnel ..................... 6
- Columbia Healthcare Integration Council (C.H.I.C.) .............. 7
- Marketing Resource Guide ...................................... 10

II.  **Community Education Coordinator** ................................ **12**

- Time and Territory Management ................................. 13
- Sales Calls Essentials ....................................... 23
- Measurement/Common Mistakes .................................. 26
- Incentive Plans ............................................. 28

III.  **Effective Coaching** .......................................... **29**

- Development and Support through Coaching ...................... 30
- Coaching Guidelines ......................................... 32
- Coaching "Do's and Don'ts" ................................... 38
- Supervisory/Management Sales Calls ........................... 39

IV.  **Interviewing/Hiring** ......................................... **40**

- Candidate Profile/Resume Review .............................. 41
- Interview Process ........................................... 45
- Sample Interview Questions ................................... 49

V.  **The Selling Process** .......................................... **52**

- General Information .......................................... 53
- Implementation of The Selling Process ........................ 59

VI.  **Key Business Indicators** ...................................... **60**

- Introduction ................................................ 61
- Tracking and Reporting Responsibilities ...................... 61
- Sample Forms with Effective Use Description ................... 64

VII.  **Product Market Plan** ......................................... **76**

- Introduction and Goals ....................................... 77

# Sales Management Guide

**The Sales Management Guide is a compilation of tools designed to improve our ability to meet the needs of our primary customer, the home care patient.** In addition, these tools will also help Columbia's home care agencies better understand the business environment in which they operate.

The Columbia Homecare Agency Director has the challenging task of "wearing many different hats", often within a short period of time. Management of the sales and education process is yet another "hat" that the Agency Director must wear. Experience tells us that, ideally, the Agency Director should spend approximately 20% of their time on the issues addressed in this guide to significantly impact and develop the business. The use of some of these tools can have an immediate positive impact, while others are essential for sustained, long-term growth. Many of these tools can, and should, be fine tuned to meet the needs of a specific marketplace.

Columbia/HCA Healthcare Corporation is dedicated to becoming a sales-driven organization. To create a sales-driven organization, each entity within the Columbia system must adopt a sales philosophy and develop a sales culture. As a result, the home care agencies within the Columbia system are being challenged to develop and grow in one of the most fiercely competitive markets in the health care industry. Our success will depend on the efforts of the whole team. The tools contained in this guide will provide each of our home care agencies with a foundation for success within this new environment.

# HOME CARE AGENCY
# SALES/MARKETING TOOLS

# Community Education Coordinator/Home Care Coordinator

The primary marketing resources at the disposal of any of the Columbia Home Care agencies are the **Community Education Coordinator** and the **Home Care Coordinator**. These two positions represent the front line of the education/sales effort for Columbia Home Care. The individuals in these positions should be viewed as the experts on business development in their area of coverage. This manual is designed to improve the performance of these individuals while making them more effective in their education efforts.

## Community Education Coordinator

The Community Education Coordinator is the primary representative of the Columbia Home Care agency to the community referral sources. The customers with whom they should be in regular contact include physicians. office managers, nursing home administrators, sub-acute care facilities and all other entities in the community who can have an impact on a patient's exposure to home care. Within this group of customers, roughly 70% of an educator's time should be spent on current referral sources for the Columbia agency. The territory structure and time allocation for a Community Education Coordinator should be very similar to that of any sales representative calling on the medical community. The position requires a very structured approach to a job while demanding a lot of flexibility.

## Home Care Coordinator

The Home Care Coordinator, like the Community Education Coordinator. is the ambassador of Columbia Home Care in the eyes of many referral sources within our hospitals. However, the focus on this position and the background required is of a clinical nature. The Home Care Coordinator is the primary source of information. both clinically and operationally. to the staff at the Columbia Hospital. Their primary customers include physicians referring from the hospital. but also include discharge planners. case managers. social workers. and various hospital administrative personnel. Once a patient has chosen a home care provider. the Home Care Coordinator acts as a key transitional support as the patient prepares to go home. This position requires a uniquely qualified person who has a strong clinical background as well as the interpersonal skills to maintain and grow relationships with all potential referral sources within the hospital walls.

The management of both of these positions typically falls on the shoulders of the Agency Director. **An Agency Director should spend approximately 20% of their time in support of these two functions.** In addition to directly supporting the agency's education/development functions. the tools provided in this guide are intended to improve the ability of the Agency Director to manage these positions to further enhance the agency growth potential. Greater detail on position requirements, job descriptions. employee orientation, and areas of responsibility for both the Community Education Coordinator and the Home Care Coordinator can be found in the **Community Education Coordinator Manual and the Home Care Coordinator Manual.**

# Education and Development Support Personnel

There are numerous education/development support tools available to Columbia Home Care agencies through both Columbia Homecare Group and division/hospital marketing functions.  As we continue to integrate all of Columbia's product lines, it will be increasingly important for Columbia Home Care agencies to draw from and interact with the marketing and educational resources in the hospitals.  These resources vary from facility to facility, therefore it is critical for that home care agency management inquires about what support exists within their local facility.  Examples of common resources include the hospital's Director of Marketing, Community Liaison, Physician Activities Coordinator, and Director of Public Relations.

Columbia Homecare Group also has education/development support personnel in areas such as market analysis, managed care, educational resource development, and community outreach support.  For most  areas of opportunity or concern, Columbia Homecare Group can offer some form of  direction and support.  **The key contact person at Columbia Homecare Group for any education, development, or marketing issue is the Director of Community Education assigned to your area.**   As issues or needs arise, contact your Director of Community Education, Director of Market Operations or Vice-President of Home Care  and they will ensure your needs are addressed.

# Columbia Healthcare Integration Council

The key to success in any sales-driven organization is an effective communication process. The Columbia Healthcare Integration Council (C.H.I.C.) is a very effective tool for improving the communication process between the different elements within Columbia's continuum of care in any given market. Simply put, it enables employees from the home care agency, the hospital, and specialty units to meet regularly and coordinate activities such as program development where there are service overlaps between departments. It is also a good forum to use in communicating goals, cross marketing, or challenging issues.

It is important to note that this council should have a regularly scheduled meeting that is coordinated by the council's "chairperson" who can be from the home care agency or the hospital. This individual should also be responsible for following up with minutes of the last meeting's accomplishments and the plans for the next meeting. This responsibility can also be partially delegated to a council "secretary" if desired.

The following page identifies some key initiatives involved in a standard C.H.I.C. formation and the time line for the frequency of meetings. You will also find a list of expected outcomes, a sample mission statement and a suggested list of council members. Please realize that, while this is a good start, these examples and suggested procedures are meant to be flexible. Each C.H.I.C. council must function in the format that is most effective for that particular facility or area.

# Columbia Healthcare Integration Council

## Phase I

Initiatives:
- Conduct cross-functional reviews of policies and procedures for both home care and hospital operations
- Note cultural differences, check for red flag issues in P & Ps and identify omissions in home care integration

Coucil Meetings:
- Once per week for one month

## Phase II

Initiatives:
- *Needs Assessment:*
  Identify high-risk DRGs and hospital outliers: evaluate home care opportunities to reduce hospital LOS and per cost diagnosis

- *Program Development*:
  Select 3-5 team memebers to develop "niche" clinical programs for targeted areas. Include inter-disciplinary skill on the task force, i.e.. SNU manager to serve on cardiac rehab team.

Council Meetings:
- Once per month for three months

## Phase III

Initiatives:
- Establish outcomes measurement system (results "scorecard") for home care/hospital integration
- Determine savings on outliers (cost of home care vs. hospital extension)
- Educate senior management. Governing Board. internal audiences. payors
- Identify opportunities for systemwide economies of scale
- Integrate homecare with hospital physician relations and marketing strategies. Cross-referral opportunities include:
  - Community Physician Base (i.e., recruiting external home care referral sources to hospital medical staff)
  - Senior Friends Program
  - Hospital Room "Tent Cards" on Home Care
  - Physician Lecture Series, Community Events
  - Hospital Product Lines (i.e.. Ger-Psych. Diabetes Center)

Council Meetings:
- Once per month. ongoing

# Columbia Healthcare Integration Council

## Proposed Council Members:

- **Hospital**

  | | |
  |---|---|
  | Chief Nursing Officer | TQM Director |
  | Business Office Director | Marketing Director |
  | Discharge Planner/Case Manager | Specialty Unit Directors |
  | Medical Records Director | (SNU, Rehab, CORF) |

- **Home Health Agency**

  | | |
  |---|---|
  | Administrator | Community Education Coordinator |
  | Director of Professional Services | Intake Coordinator |
  | Business Office Manager | Home Care Coordinator |
  | RDO/GM | Medical Records Director |

## Mission:

- To successfully integrate home care with the entire Columbia delivery system, and achieve optimal, cost-efficient outcomes by directing patients to the most appropriate care setting.

## Expected Outcomes:

- Ensure smooth transition of the patient from hospital to home

- Reduce hospital LOS and cost per patient day

- Achieve system-wide economies of scale

- Maximize cross-referral opportunities

- Establish Columbia as the nation's premier healthcare delivery system

# Marketing Resource Guide

## Purpose

As a national leader in home care. Columbia guides a diverse network of agencies across the United States requiring different levels of marketing support.  Each agency, however, shares a common marketing objective--to exemplify quality while enhancing growth.

Columbia Homecare provides your home health agency with a portfolio of marketing and public relations tools designed specifically to grow your home health business.  The Marketing Resource Guide contains materials that will maximize the communications of your covered services to physicians, payors, patients and the community.

The following segments highlight some sections contained in the Marketing Resource Guide:

- ## Referral Development

    Because physicians are a primary home care referral source. it is important for agencies to educate them in their referral process role.  In addition. case managers, utilization review teams. discharge planners and other hospital professionals are all part of your agency's referral base.  By providing these decision-makers with a working concept of home care, agencies can position home health as a quality treatment alternative for patients.

    Columbia Homecare encourages each agency to create a presentation of features and benefits that are germane to your individual referral sources and use brochures to highlight general home care services.

- ## Referral Brochures:

    Home Health Care. It Just Makes Sense
    - Distribute to referral sources when giving home health features and benefit presentations
    - Mail to physicians who are difficult to see and follow-up with a visit
    - Re-visit referral sources with inserts that are created as new services are added

- ## Patient Education:

    According to the American Medical Association, 44 percent of all patients discharged from the hospital by primary care physicians are candidates for home care or nursing homes.  Since home  health involves patient self-care and caregiver assistance, patient education of home care capabilities becomes paramount to a successful agency.

    The Marketing Resource Guide provides you with patient awareness tools such as brochures. newsletters and programs to promote your agency's services throughout the community.

- **Patient Fliers/Brochures:**

(3 versions) House with Heart: We Go The Distance, Quality Home Health Care; When You Say Goodbye To The Hospital, Say Hello To Home Care

- Distribute to patients through hospital admitting packages
- Have hospital discharge planners or utilization managers deliver to hospital patients prior to discharge
- Deliver to pharmacists, DME personnel, Meals on Wheels, AARP members, clergy
- Display at trade shows or health fairs

- **Vial of Life Program**

- Distribute to home health patients and assist with completing medical information; be sure to include disclaimer form in all packages
- Assist patients with placing tube in refrigerator and stickers in appropriate locations
- Send letter to all EMS personnel alerting them of your agency's involvement in the program
- Set up office files on active and inactive patients in your home health office to store disclaimer forms
- Distribute vials in senior centers and special events where potential patients are present.

- **Public Relations**

Increasing public awareness of home health services lays the groundwork for successful utilization of your agency's capabilities within the community. With self-referrals being more prevalent in home care than other health care services, ensuring positive community perception becomes an integral part of your agency's marketing efforts.

Columbia Homecare recommends some basic considerations for target audiences, communication vehicles, and distribution of information in order to achieve the desired impact for your efforts. Sample press releases and guidelines are included in the Marketing Resource Guide to help your agency identify public relations opportunities. When using these media relations tools, work with your hospital marketing department for assistance.

**Please contact your Director of Community Education for access to the Marketing Resource Guide.**

# COMMUNITY EDUCATION COORDINATOR

# Time And Territory Management

Management of a territory. or area of coverage, is the building block on which the success of the Community Education Coordinator will be based. It involves effective and consistent geographical coverage to maximize time spent in the community. It also demands that we look at each of our current and potential referral sources and weigh the significance of each potential contact with our customers in the community.

On the following pages. you will find the tools necessary to help the Community Education Coordinator create and maintain a call cycle, establish basic reporting requirements, and manage the productivity of the territory.

Below are the basic expectations for a Community Education Coordinator. The tools mentioned and highlighted in **bold** can be found on the following pages. Keep in mind that these tools are flexible and can be modified to meet individual needs. but the basic process should remain intact.

_Community Education Coordinator - Basic Expectations_

- Creation of a **"Territory Call Cycle"** that takes into account the number of referral sources covered. a forced ranking of those referral sources. and the subsequent time required to see all referral sources the appropriate number of times.

- Average a minimum of **_40 educational calls per week_** (defined as a face-to-face exposure to the home care decision maker in an office or clinic).

- Submission of a **Weekly Activity Form** by the Monday following the week being reported.

- Submission of a **Monthly Activity Report** to give insights to factors having an impact on agency business.

- Participation in the creation of the **Quarterly Product/Marketing Plan Update** as designated by management.

- Use of **In-Field Development Form** to follow up on development needs as covered by various "coaching" sessions.

- Use of the **Sales Call Essentials** guidelines that are appropriate for each and every office while incorporating the _Integrity Selling System._

- Use of the **Referral Source Profile** as a general information guide as well as an ongoing report to chart progress and plan for future impact.

## The Territory Call Cycle

This is the first step toward insuring organization and time management in a territory. Without first creating a call cycle, there is really no way to maximize time or to implement strategies for growing business.

A list of physicians and other referral sources is necessary to get started. Below are some suggestions of possible input for creating this list.

> Agency listing of current referral sources
> Hospital list of admitting physicians
> Member lists of local groups (*i.e. TOMA or Texas Osteopathic Medical Association; Dallas chapter*)
> Telephone Book - Yellow Pages

One educator can effectively cover between 100 and 150 referral sources or offices. If a territory has less than 100 locations that need attention, a full-time person probably is not needed. More than 150 locations may spread the educator's efforts too thin and additional resources may be needed. This number will vary depending on the geographical proximity of each location and whether the coverage area is rural or urban.

## Establishing a Territory Call Cycle

**Step 1**     Develop master list of referral sources in your territory.

**Step 2**     Rank/Categorize referral sources as A or B based on the following criteria:

> A - Referral sources who refer at least one patient per week to a home care provider. This should include referral sources who currently refer to Columbia Home Care and those who do not but have strong volume potential.

> B - All other family practice, internal medicine, OB, pediatric physicians who refer at least one patient per month to home care

> *Remember, we are targeting and trying to focus on the referral sources that can most significantly increase business, whether we have that business now or not. Make sure that your "A" referral sources are the "heavy hitters" in your market.*

14

**Step 3**     Establish call schedule based on planning to see "A" physicians 2 times per cycle and "B" physicians 1 time per cycle. Add up the number of calls required to get the desired coverage and, at a rate of 40 calls per week, calculate how long it will take to get that coverage.

*Example: Territory with 150 MD's 50 "A's" and 100 "B's"*

*Therefore, 50 X 2 + 100 X 1 = 100 +100 =200 (Total calls per cycle)*

*At 40 calls per week, it will take 5 weeks to cover territory*
*(200 /40 = 5)*

**Step 4**     Produce a five week call schedule listing eight specific physicians on each day make sure to schedule A physicians twice and B physicians once throughout the cycle. Make sure that similar geographical areas are put on the same days. As a rule of thumb, approximately 30% of the calls scheduled should be to new or target referral sources.

**Utilization:**

Once established, the call schedule should be put into place with dates assigned to each day of the cycle. After the cycle is complete, it begins over with week number one. At the end of each cycle, review the success of the current scheduling and make adjustments to specific days that physicians are assigned to (i.e. office may close on initial day assigned, offices may prefer appointments on days differing from schedule, etc.).

**Each New Call Cycle should be included in the Monthly Territory Report**

Name:_____

| Call Cycle | | | | | |
|---|---|---|---|---|---|
| Dates of Week | Monday | Tuesday | Wednesday | Thursday | Friday |
| _____ to _____ | | | | | |
| _____ to _____ | | | | | |
| _____ to _____ | | | | | |

## Referral Source Profile

A profile sheet should be filled out on every referral source starting with the very first visit that is made. This tool should also be used as a record of activity in each location. Post-Call Notes must be recorded after each educational visit.

Each point of information can be very useful in fine tuning the call cycle, making pre-call plans, and keeping track of key market data such as patient mix and managed care affiliations. It is also extremely useful when Community Education Coordinators leave territories or are reorganized. Strong profiling enables a new person to pick up and continue work in the territory without re-creating initial research.

*Helpful Hint: It is much easier for the Community Education Coordinator to gather this information when they are new in a territory. Once the educator is established in a territory, asking for the basic information in an office is a lot more awkward.*

# REFERRAL SOURCE PROFILE

| | |
|---|---|
| Name: | Specialty: |
| Address: | Office Phone:<br><br>Fax: |
| Office Manager: | Receptionist: |
| RN Staff: | RN Staff: |
| Best Day to Visit:  M   T   W   Th   F<br><br>Best Time of Day: | Patient Mix:   Medicare % _____<br>Commercial % _____<br>Other % _____ |
| Staff Birthdays:<br><br><br>Hobbies/Special Interests:<br><br><br>Managed Care Affiliations: | Hospital Affiliation:<br><br><br>Home Care Referrals/Month:<br><br><br>% Referrals to Columbia Home Care: |

Call Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Weekly Activity

This information should be reported regularly to the Agency Director and serves as a tool for accountability. It can also be a quick reference for key office activity as lunches or other events should be logged in the comment section. The classification of the referral source is also useful as a quick review of coverage by the Community Education Coordinator checking for good mix of "A" or "B" visits each week.

## Monthly Territory Activity

Aside from the reporting of regular activity, it is important to have a tool with which objective and subjective analysis can be reported regularly. This report can be expanded depending on the amount of information desired by the market, but should not be extremely detailed. This should be a monthly summary report addressing successes, challenges, and ongoing development progress.

The use of this report can also be a mechanism to track accomplishments toward quarterly and yearly goals as set forth in the Product Marketing Plan. It should be generally unstructured allowing for creativity of content. The new call cycle schedule should also be attached with reference to the significant changes made in the report.

**Weekly Activity**

Representative: _____ Week of _____ Through _____

| DAY | Reff. Source/Office | A,B | COMMENTS/NOTES |
|---|---|---|---|
| MONDAY | | | |
| TUESDAY | | | |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | | | |

Representative _____   Month _____

| Monthly Territory Activity Report |
|---|
| New Referral Sources |
| Current Referral Source Development |
| Territory Challenges/Issues |
| Suggestions |

## Chronological Recap of Activities - Community Education Coordinator

*Daily:*

- Make all calls planned on cycle for given day, if possible
- Make notes on necessary cycle changes based on daily activities,
- Conduct pre-call analysis and make post-call notes after each call with **Referral Source Profile Form**

*Weekly:*

- Review and plan calls around call cycle
- Submit weekly activity form for previous week on **Weekly Activity Form**
- Confirm progress toward completing action steps in Quarterly Product/Marketing Plan Update.

*Monthly:*

- Review and submit amended call cycle plan as needed on **Call Cycle Form**
- Confirm progress toward completing action steps in Product/Marketing Plan.
- Submit monthly summary report

*Quarterly:*

- Contribute, as directed by the Agency Director, to the Agency's Quarterly Product/Marketing Plan update

# Sales Call Essentials

## Standard Sales Call Interaction and Structure

The basic elements of a sales call on a referral source should conform to the standard steps included in the selling process as outlined in the selling process section of this manual. It is important to note that, while selling process represents an outstanding basic outline, there are also factors specific to the home care sales process that must be considered.

## Key Elements of Effective Sales Calls

- **Length of Time in the Call**

  The goal of each sales call should be to sit down and discuss prepared topics with a key decision maker. This might last 15-30 minutes. It is not realistic to expect, however, that each sales call will last that long. Often, a sales call will be a quick discussion with the physician in the hallway between patients or two minutes with the office manager between that manager's phone calls. The educator must be prepared to deliver relevant information effectively in whatever time is allowed.

- **Call Content**

  The content of the message communicated is the sales call, however brief, must contain some core feature/benefit and a suggestion to use this benefit by referring a patient to home care. "Closing" to reach a predetermined goal during each call on a customer should be the standard. More detail on the closing process in included with the Integrity Selling skill set.

- **Effective Follow-Up**

  Prior to every sales call, it is important to review notes made on the profile sheet regarding that particular referral source. Nothing can be more destructive to a relationship than lack of follow-up to a special request. Effective follow-up requires **pre-call planning**, or review of past sales calls and preparation of needed information. A specific goal must be set, based on this information, for every sales call. In order for this to be possible, **post-call notes** must be regularly recorded. These notes should include call results, special requests, and call impact analysis.

## Issues Specific to Home Health

- Key physician concerns regarding home care include clinical issues, administrative issues, and financial/liability issues. These are standard referral limiting factors which an educator should always be prepared to address. Proof sources and informational pieces should always be handy to address these topics. Below are specifics for each of these areas:

*Clinical Issues*

| **Issue** | **Strategy** |
|---|---|
| Low Quality of Care | Communicate High Quality Services<br>Monitor and Report Outcomes<br>Use Satisfaction Questionnaires |
| Lack of Care Continuity | Highlight Use of Home Care Coordinator |
| Loss of Control | Promote strong RN/Physician Interaction |

*Administrative Issues*

| **Issue** | **Strategy** |
|---|---|
| Apprehension About Process/Paperwork | Create Process Checklist<br>Individualize Paper Flow Process |
| Poor Communication on Patient Status | Standardized Report for Feedback |
| Frequent Telephone Inquiries | Set Specific Time for Home Care Calls |

*Financial/ Liability Issues*

| **Issue** | **Strategy** |
|---|---|
| Lack of Financial Incentives | Inform/Help with "Plan of Care" Filing |
| Increased Liability | Thorough Follow-Up at Home = Less Liability |

• Many constituencies influence physician's decisions regarding home health.  It is essential to key in to the appropriate decision maker in every office/situation.  The roles of different staff members in an office varies widely from office to office.  Strong knowledge and understanding of the different roles must be maintained in each territory. Below are the most common key positions which can play a role in the home care decision making process:

> *Nurse Practitioner*
> *Office Manager*
> *Office Assistant*
> *Secretary*
> *Physician's Assistant*

# Measurement/Common Mistakes

## Measurement

Part of the job requirements for a Community Education Coordinator must include quantifiable goals and expectations.  A specific goal should be set for each of the *Key Business Indicators* which are discussed later in the manual.  Below are examples of specific expectations:

- Total Home Care Referrals
- Specific target for new referral sources per month
- Specific increase in referrals from specific specialties
- Current referral sources targeted for a specific referral increase %
- Sales calls per week targeted to specific growth rate

Measurement of these and other criteria is the responsibility of the Agency Director or line manager.  Whether a special tracking tool is put into place or *Key Business Indicators* and other tracking forms are used, the Community Education Coordinator should know where they stand on specific goals at all times.

## Common Mistakes

Many mistakes can plague both seasoned sales professionals and beginners.  Usually, these mistakes are a direct result of skipping an essential part of the sales process or territory organization process.  Below are some highlights of common mistakes:

- Often educational/sales representatives, particularly new ones, will get lazy about collecting key office or referral source information during their first visits at offices.  Once a relationship has been established, it is very difficult to go back and ask questions such as "What is your name again?".  Using the excuse of being "new" is the best opportunity to collect a lot of information but it only lasts a short while.  **MAKE SURE REPRESENTATIVES ARE COLLECTING AND DOCUMENTING INFORMATION REGULARLY FROM DAY ONE!**

- When a educational/sales representative creates and works with a call cycle, it is very easy to get discouraged when only 50% of the specific calls planned for a given day actually become a reality.  Often, representatives will use this as an excuse for not fine tuning and sticking with a call schedule.  We must understand and support a call schedule even though events outside our span of control may result in a decreased number of sales calls completed versus objective.  Over time, the call cycle gradually becomes more accurate as the experience level of the representative increases.  **REPRESENTATIVES MUST NOT BE ALLOWED TO LOSE FOCUS AND NOT HAVE A CALL CYCLE AS A PLAN**

- It is very easy to put off writing down call notes after each call. Often sales representatives will put off to the end of the day, or even the end of the week, making notes. If procrastination becomes a habit, often notes never get made. The binder with referral source profiles should be in the car at all times and used to write in call details while they are still fresh on the mind. **POST-CALL NOTES SHOULD BE ROUTINELY CHECKED FOR USEFULNESS AND TIMELINESS**

- Sales calls to "no-see" or "hard to see" offices are the most difficult calls to make. They are also the most easy calls to skip. It is human nature to avoid rejection and go see that "B" physician who always has time to visit. The reason they have time to visit is that they probably have fewer patients and, in turn, fewer home care candidates! **WEEKLY CALL ACTIVITY SHOULD BE CHECKED FOR THE CORRECT MIX OF "A" AND "B" REFERRAL SOURCE VISITS**

# Community Education Coordinators
## Incentive Plans

An incentive plan is a key motivational and directional tool used by most companies who employ sales/educational representatives.  Currently, incentive plans are the exception more than the norm within Columbia Home Care operations.  An incentive plan may or may not be appropriate for each individual agency, or division, depending on the maturity of the development activities in that particular market.

It is highly recommended that each Agency Director and/or divisional home care leadership address whether or not they should consider an incentive plan for Community Education Coordinators.  Consultation with the area **Director of Community Education** is also recommended before any decisions are reached.  At that point, examples from other markets can be reviewed to make incentive plan determination.

# Effective Coaching

# Development and Support Through Coaching

Coaching is the process through which a manager can most significantly impact the productivity of an Educator/Coordinator in the field. Effective coaching is an ongoing process or relationship that should represent the binding force between formal training such as *Integrity Selling* and the realities of real day-to-day sales calls.

First, the definition and purpose of coaching should be thoroughly understood by the coaching manager. **Coaching is the ongoing process by which a manager can analyze, influence, support, and learn in the field with an educator/coordinator.** The center of a "coaching session" is the sales/education call itself. A coach has very little credibility or authority if they are not "in the trenches" with the education/sales representative.

## Analysis

As a manager, you must be prepared to draw upon past experience and a knowledge of sales skills and interpersonal skills to analyze any educational/sales situation. The situation may involve a particular education/sales call or it may involve broader territory or agency issues. The analysis process should always include input from the representative as well as the manager. Analysis is the cornerstone of the coaching process. As we will see as the process is laid out, analysis is where we get all our facts straight and consider all possible solutions/improvements to the issue at hand.

## Influence

The process of influencing an outcome or activity is the part of coaching that is most often mis-used or misunderstood. The way that a manager uses his/her influence in a coaching session will completely dictate the success level of the coaching process. We often let ourselves talk about how "we would do things" or "what the representative should do next time". This can kill the positive effects of coaching and a lot of credibility built up in a relationship can be lost. Unless there is a severe problem or something needs to be handled right away, influencing through coaching should always be done in such a way that the representative solves the problems or makes suggestions for improvement.

## Support

Contrary to a common perception, a coaching session should never be assumed to only be a "problem solving" session. Coaching is often the best way to give positive feedback to representatives and to let them know that they have the full company's support behind them in the field every day. Further, the manager should recognize their efforts and should always be there to support them.

<u>Learning</u>

An often overlooked benefit for the manager in a coaching situation is the opportunity to take away knowledge that they can apply to their own job or to the job of other representatives. Quite often, representatives pay more attention to what their highly successful peers are doing than to any other single piece of advice. As a conduit of applied success stories, a manager can increase credibility and impact.

# Coaching Guidelines

The guidelines for successful coaching are very similar to the guidelines of a successful sales process.  From targeting the appropriate times and frequency of coaching for each individual representative to the "close" or agreement on the accomplishments and follow-up to a coaching session, this process contains steps that are all equally necessary for an effective coach.  Below are the 5 steps to the coaching process:

1)   Target the Appropriate Coaching Opportunities.

2)   Analyze and Plan for a Specific Outcome And To Meet Specific Goals

3)   Conduct the Coaching Session

4)   Follow up on All Issues Covered

5)   Plan the Next Coaching Opportunity

## *Target the Appropriate Coaching Opportunities*

A manager should plan coaching time with the field educators and coordinators as regularly as educational/sales representatives are expected to produce a call schedule.  Each representative should be assessed regarding immediate skill needs, specific issues that have come up in the territory, and the general need for support and development.  Once each representative's needs have been considered, a coaching cycle plan should be produced.

**An Agency Director or the appropriate manager should commit  approximately 20% of their time to be spent in the field with educators/coordinators.**  This equates to one day/week or four days/month.  Each quarter, the manager should rank representatives' needs and plan a minimum of twelve days in the field.  As with the representatives' call cycle plan, the manager must remain flexible to meet unforeseen needs and make scheduling adjustments.  This plan should be in writing and communicated to all staff each quarter.

## *Analyze and Plan for a Specific Outcome and to meet Specific Goals*

As with sales call preparation, a manager should have individualized goals planned for each coaching session. These goals may be to meet a need that has been brought to the forefront by a customer, another employee, or the representative themselves. These goals may also include finding out what needs are out there and how to address them.

The manager should always know the current performance level of the representative in each of the Key Business Indicator areas. A "coach" loses a lot of credibility or "coaching credentials" in the eyes of the representative with a lack of knowledge or interest in that representative's goals or accomplishments. Detailed analysis of individual performance also prepares the manager to look for the right things during an educational/sales call. It is also very important to ask the representative, prior to the coaching session, what their expectations of the session are and what they would like most to get out of the upcoming session.

In preparation for a coaching session, there is one key element that must always be accounted for: **Try to anticipate issues and development needs and be prepared with specific "How To's" and with a specific "skills development" plan of action.** Examples of skills development activities are included in the description of the In Field Development form later in this section.

## *Conduct the Coaching Session*

A coaching session should ideally be one full, "average" day for the representative in the field. This can be one calendar day or a "noon to noon" day encompassing two half days. Meeting in the field is preferable to meeting at the agency simply because there are less distractions and the focus is on the representative's territory. It is always preferable to ride in the representative's car so that it is the most natural environment and so that all the representative's tools are readily available for use on calls.

The primary tool for a coaching session is the **In Field Development** form (an example follows this section). Using this tool as a coach, the coaching session process is much more natural and valid.

The process for each education/sales call should be as follows:

1)   Before the call, review what the representative's objectives are for the call and the call history for that particular referral source. Ask the representative some basic questions regarding the call objectives such as:

- "What are we trying to accomplish during this call?
- "Who are the decision makers in this office?"
- "What are your strategies for having an impact in this office?"
- "What home care services does this physician use and with which agency?"

2)  During the sales call, there are a few key observations that can be made to help in developing coaching suggestions:

- Note whether or not the representative is "canvassing" or making multiple contacts in each office.

- Observe how the representative is perceived by the customer.

- See if the representative is using examples or support materials to make points in the communication process.

There are also some general rules about how the "coach" should conduct themselves in front of the customer:

- At any opportunity, build up the representative in the customer's eyes.

- Always make sure that the representative is allowed to take charge of the call, not yourself.

- Always support the representative's points if the customer insists on your involvement.

- Your goal during a call as the coach is to observe the representative to help isolate strengths and weaknesses. **Make the call with the representative as a "silent partner".** They should only be is an observer on a coaching call. A manager's active participation in a call invalidates that call as a "coaching" effort because the representative's actions are not the focus of observation. The manager can speak when spoken to but should not initiate any conversation.

3)  After a minimum of three calls, return to the car or any other quiet area to discuss call details. Less than three calls may not give the manager enough exposure to "consistencies" that the representative exhibits from call to call.

Conduct the coaching discussion as follows:

- Find out what the representative thought was successful and what was not during the calls. Ask why goals may or may not have been met. **Let the representative share all of their thoughts before moving on to any thoughts that you, as the manager, want to share.**

- If the representative has adequately expressed appropriate activity that they might change next time, agree with the items that you see as significant and help them prioritize improvements.

34

- If the representative does not think that there is any opportunity for growth in a specific situation. ask what the goals were for that call and:

    *if not met* ... ask why the end result evolved the way it did. Get them thinking and talking about changes.

    *if met* ...  ask what additional goals could have been set and attained.

- Suggest activities that you have seen work in the past for yourself or others. Offer a variety of solutions to any situation and ask which of the solutions best fit into the representative's own personality or "style".

- Always DEMONSTRATE activities suggested for improvement.  Then, ask the representative to practice with you. (Role playing is very appropriate for this step!)

## *Follow up on All Issues Covered*

In order to effectively follow-up on the coaching session. use the In Field Development form at the end of the day to summarize what you have talked about together and what commitments each of you have made for review at the next coaching session.  **Make sure that you are prepared to follow up on any commitments made to a customer and communicate to the representative how you will be following up.**

## *Plan the Next Coaching Opportunity*

Before ending the session. schedule your next field time together and make a note of it on the In Field Development form.  This next time together can already be planned based on the quarter's coaching schedule or at a different time based on needs that may have come up during the field day.

**In-Field Development Form**

This is a tool for use by someone spending time with a Community Education Coordinator/Home Care Coordinator in their territory.  It is primarily a "coaching" tool but can also be used as a reminder for the "coach" about specific actions that have been committed to while in the field.

First, the coach can be anyone from the Agency Director to visiting management support such as the Director of Community Education or various other market development personnel.  The form is a record of that person's visit and commits them to follow up as needed.  It also is a good way for all coaching activity with an individual to be followed and monitored by the Agency Director.  One copy of the form should be left with the educator/coordinator at the end of the day, another copy should stay with the Agency Director, and the third should remain with the visiting "coach" if applicable.

Upon initial contact with the Community Education Coordinator/Home Care Coordinator, the "coach" should review Key Business Indicators for the local Agency and/or the individual territory.  A notation of the current status of the Indicators should be made at the top of the form.  These Indicators are Agency wide data with the exception of Key Referral Sources which should be territory specific.

Call Notes should be recorded as the field time progresses throughout the day and can include comments on any of the following subjects:

> *specific requests by a referral source during a call*
> *"Coaching" improvement notes after a specific call*
> *notes on comments to the visiting manager by the referral source*
> *discharge planning activity notations*

Development Goals are activities that both the coach and the Community Education Coordinator/Home Care Coordinator agree would help in the development of specific skill sets.  Examples of Developmental Goals are listed below:

| | | |
|---|---|---|
| *Activity:* | *Listen to "Time Management" tapes* | *Completion: 10/1/97* |
| *Activity:* | *Fine tune call cycle as discussed* | *Completion: 2nd QRTR* |
| *Activity:* | *Improve coverage of "A" referral sources* | *Completion: Ongoing/Weekly* |
| *Activity:* | *Create and manage hospital contact list* | *Completion: Ongoing* |
| | *(More consistency with key contacts)* | |

It is also extremely important for both the "coach" and the representative to sign and "take ownership" of the form's contents.  This gets a commitment from both parties to take specific actions as outlined and gives the Agency Director an effective development follow up tool.

# In-Field Development

Date:_____

Agency Representative _____ Coach _____

**Current Key Business Indicators:**

Preferred and Eligible Rate:_____ Referrals/Admissions:_____ Payor Mix Issues: _____

Visit % to Budget:_____ Territory Specific Goals:_____

Key Physicians/Referral Sources:_____

Call/Follow-Up Notes:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Developmental Goals** | **Completion** |
|---|---|
| Activity: _____ | _____ |
| Activity: _____ | _____ |

Representative _____ Coach _____

Manager's Next Field Day: _____

# Coaching Do's and Don'ts

## DO!

- **Concentrate on a few key areas for improvement.** A "laundry list" of improvement points will only discourage the representative.

- **Focus on enhancing the representative's self-image and self-esteem.**

- **Resolve disagreements regarding coaching suggestions that day!** The coaching session will be much less productive if any part of it is inconclusive. Be firm, fair, and reach for agreement.

- **Set a good example.** Spend the same amount of time in the field with the representative that you would like to see them doing if they were on their own. Going back to the office or ending the day early sends the wrong message about what is appropriate daily behavior.

## DON'T!

- **Don't present thoughts in a parental or condescending manner.** Remember, you are the support person, not the dictator!

- **Don't surprise the representative with issues at the end of the day that have not been discussed earlier in the coaching session.**

- **Don't tell how issues should be handled - ask how they should be handled and support good suggestions.**

- **Don't interfere with the sales call.** Coaching is to be done one on one, not in front of the customer.

## Supervisory/Management Sales Calls

Often, it is necessary for the Agency Director to be involved "one-on-one" with a customer or referral source.  For any given reason that management may meet with a customer without the representative being present, there are a few things that should be considered:

*If the customer has complained and wants to see the manager without the sales representative...*

- Always keep the representative informed about issues or concern that their customers have expressed.

- Always hear both sides of the story.  Tell the representative what the issue is and ask for a suggested resolution.

- Always suggest to the customer that you would prefer that the representative solve the problems for them.

- If the complaint is about the sales representative, be supportive of the representative in front of the customer and handle the issue with the representative as appropriate.

*If the Agency Director/manager needs to see a customer alone for any reason ...*

- Again, make sure that it has been communicated to the representative.  It should be considered common courtesy to let them know, ahead of time, when you will be in their territory and what the reason is.  If they are not aware of the manager's visit, it could be embarrassing during the next customer call by that representative.  It also displays poor communication within the agency in the eyes of the customer.

- Make sure to follow up with the representative, let them know what has transpired, and let them know what actions have been promised or what follow-up is appropriate.

**Above all, respect the   .presentative's territory as you would want your own business and territory respected ...   .mmunicate.**

# Interview/Hiring

# Candidate Profile / Resume Review

### Standards - Education/Sales Representative

The process of setting standards and requirements for a position is the critical first step in the recruiting and hiring process. On the following page, you will find a list of standards that should be used as a baseline for an education/sales representative. You will notice that these standards are grouped into six primary skill sets. They are: **Organizational Skills, Interpersonal Skills, Communication Skills, Intellectual/Analytical Skills, Maturity/Responsibility Skills, and Assertiveness/Enthusiasm Skills.**

While the list provides basic traits to look for in a candidate, there are always location or position specific requirements that a manager must consider. In each category, there are some blank spaces for these specific criteria. This form should be used as a checklist at the beginning of the hiring process to make sure that sufficient thought has been given to the requirement specifics. It should also be used as a final check. prior to making a job offer. to confirm that the candidate is consistent with the initial needs analysis.

*Helpful Hint: This form could also be used as an effective coaching tool!*

# Standards Checklist
# Education/Sales Representative

## Organizational Skills

____Organizes work in a thoughtful way and in a logical flow
____Displays ability to meet deadlines and goals
____Knows how to set priorities and monitor achievements
____Can work form a plan but also be quickly adaptable to changes

____ _____
____ _____
____ _____

## Interpersonal Skills

____Comes across as credible or believable
____Makes a strong "first impression" and appears very professional
____Shows common courtesy, sensitivity, and is tactful
____Does not come across as cynical or critical of others
____Has built and maintained regular, consistent relationships
____Is able to deal with many different types of people

____ _____
____ _____
____ _____

## Communication Skills

____Is a good listener
____Adapts vocabulary to the audience
____Has prepared clear, logical, and timely reports in the past
____Is persuasive in selling self and other concepts
____Is precise and "to the point" in responding to questions

____ _____
____ _____
____ _____

## Intellectual/Analytical Skills

____Is able to learn new concepts quickly
____Can comprehend and respond to complex issues and problems
____Has shown creativity in solutions to problems in the past
____Can be decisive yet adapt thinking to changing needs

____ _____ __ _____
____ _____ __ _____
____ _____ __ _____

## Maturity/Responsibility Skills

_____ Takes ownership and responsibility for past actions
_____ Has proven to be self-disciplined in previous assignments
_____ Maintains composure and remains effective under pressure
_____ Recognizes problems and can ask for help when necessary
_____ Has a realistic approach to selling and career goals
_____ Has been able to handle rejection and set-backs in the past
_____ Is open to suggestions and coaching as constructive criticism

_____ _____
_____ _____
_____ _____

## Assertiveness/Enthusiasm Skills

_____ Has shown commitment to goals and takes pride in their achievement
_____ Is persistent in the face of challenges
_____ Shows enthusiasm about selling and working for Columbia
_____ Is self-confident and independent yet displays strong team membership skills
_____ Conveys a positive attitude regarding self and others

_____ _____
_____ _____
_____ _____

# PAST PERFORMANCE
# IS THE BEST INDICATOR
# OF FUTURE SUCCESS

## Resume Review

Resume reviewing can be tedious at best and is far from a perfect science. Some of the standards needed for a particular position can be gleened from a resume, but the majority cannot. Remember, resumes do not address intangible issues such as reasons for changing jobs, relationships with past supervisors, or motivational factors. A standard review process has several key steps that are highlighted below:

1) Establish key "knock-out" factors regarding work history, education, and other important position standards. These "knock-out" factors can include any of the "negative signals" below, or simply lack of sales experience.

2) Review all resumes, weeding out those not qualified based on "knock-out" factors.

3) Revisit all remaining resumes looking for more detail and form two stacks: one for "definite" and one for "maybe".

4) Narrow down the stack to between 5 and 10 viable candidates to conduct a phone interview/screening

Here is a list of things to look for as positives and a list of things to be wary of. This list is not all-inclusive but should help as a basic guide.

### "Positive Signals"

- Clear, consistent, logical career/job progression
- Specific reference to how job performance had direct impact on company success
- Achievement-oriented detail with specific rankings, goals attainment, etc. with numerical support
- Leisure activities that include volunteer work or time spent with different community organizations
- Indications that past performance includes going beyond the boundaries of the job

### "Negative Signals"

- Errors in grammar, construction of resume or simple poor appearance
- Inconsistencies such as unexplained gaps in employment
- History of regular "job-hopping"
- Descriptions of accomplishment without any detail or specifics
- Overuse of descriptive adjectives or modifiers
- Trivia in the "personal" section
- Resume appears too "slick", different colors of print, or simply trying too hard to dazzle

# The Interview Process

Prior to formal, "face-to-face" interviews, it is always preferable to conduct phone screen interviews of your top candidates. A good phone screen can help eliminate a candidate who does not make a good impression on the phone (good indicator that they will not do any better with your customers) or can even help the decision process for a few candidates in the "maybe" stack of resumes. On the following page, you will find an example of a **standard phone interview.** You may wish to elaborate on a few subject areas with additional questions. The form should be just a framework for interview content. However, a phone interview should last no more than 15 - 30 minutes so be careful not to try to fit too much in. If you feel strongly about asking many probing questions, you should probably be seeing this person in person and can save the questions for then.

45

## Screening Interview

Name _____   Phone _____

Address _____

"What was there about the ad that caused you to respond?"

_____

"Tell me about your education: high school; college; post-grad; major."

_____

"What do you feel are your personal qualifications for this job?" [Does he/she sell you on his/her capacity to do the job?]

_____

"Are you presently employed?  How long? [If "no" then "what are you doing now?"] What are your salary expectations?"

_____

"Why are you looking for a new job?" [or "Why did you leave your last employer?"]

_____

"Do you have any general questions about this position?"

_____

"When would you be available to come for an interview?"

_____

Conclusions: How does the applicant sound?

     Articulate: Yes ___ No ___     Friendly:  Yes ___ No ___
     Courteous: Yes ___ No ___    Confident:  Yes ___ No ___

Comments:

Interviewer _____   Date _____

46

## Conducting the Personal Interview Process

Once you have narrowed the candidates down to those you wish to interview, schedule interviews as closely together as possible. This will help when comparing one candidate to another as the memory of each candidate is fresher in your mind. Be sure to allow at least 45 minutes to 1 hour for each interview with at least 30 minutes between each one. This will allow you to collect your thoughts and make notes from the previous interview and to prepare for the next candidate. The following are basic steps for conducting an interview:

**1) Review resume again just prior to the interview. Prepare questions targeting specific areas based on the resume. (Examples are at the end of this section)**

- Prepare questions that ask for specific information or probing for more detail.
- Prepare questions that are open ended and require the candidate to do most of the talking.
- Prepare questions that ask for weaknesses or negatives from candidate's past employment.
- Do not write on the resume - use a separate sheet of paper.

**2) Conduct the interview.**

- Get started on time! Punctuality is something you will be judging them on and the example set justifies that judgement.
- Make sure that you will be shielded from interruptions such as the phone. Closing the door also shields from distractions and helps you remain focused on the candidate.
- Sit directly facing the candidate so that more direct eye contact is possible.
- After greeting, ask one or two conversational questions to build rapport.
- After no more than five minutes, go directly to your prepared questions.
- Tell the candidate you will be taking notes and take them!

    Tips:  Make sure the candidate is doing most of the talking.
           Use positive body language to encourage the candidate.
           Avoid the tendency to interrupt unless redirecting the candidate.
           Don't express immediate agreement or disagreement with the candidate.
           Avoid the tendency to do most of the talking.
           Ask follow up questions for immediate clarification.
           **Ask WHY? following answers given to get more detail.**
           **Don't be afraid of silence -make the candidate fill conversational pauses.**

- Wrap up the interview by asking for their questions.
- Respond to questions and outline the hiring process.
- **LOOK FOR THE CANDIDATE TO CLOSE FOR THE JOB!**

### 3) Make decisions regarding follow-up interviews with yourself and/or other management.

- The number of candidates should be cut at least in half after the first round of interviews.

- If there is any doubt in your mind about a candidate. sleep on it and review your notes the next day.

### 4) Follow up with Candidates

- Preferably follow up should be in writing.
- Try to wait longer than two weeks to offer a response.
- Schedule the interviews with other management if applicable.

### 5) Keep a file documenting all interview paperwork and resume.

- This record will be needed should any questions about a candidate come up at a later date.

# Sample Interview Questions
## (categorized by skill set)

General Questions

- What kind of quantifiable, measurable sales results can you show me from previous employment?

- What are the major differences between selling in physician's offices vs. other types of selling?

- Please describe your present responsibilities and duties.

- How do spend your time on an average day in you current job?

- What do you think is your greatest accomplishment in your current job?

- What kinds of things has your boss complimented you on in the past?

- What do you like least about your current job?

Organizational Skills

- How do you plan your daily activities?

- What were your objectives and goals for this past year?

- How do you decide what is a "top priority" in your current job?

- What are some of the long and short term plans in your current district/department?

- Tell me about a time when you have had to help organize a meeting or conference.

- What is your procedure for keeping an organized work area or desk?

- How do you catch up on work that is backed up after a vacation or meeting?

- What are good reasons for postponing things?

Interpersonal Skills

- Describe your boss's management style.

- How do you find out what your competitors are doing in the market?

- With what departments of your current employer do you regularly interface?

- With whom do you normally work to accomplish your major goals and objectives?

Communication Skills

- What is the worst communication problem that you have experienced in the past?

- What procedure or rules do you need to follow in writing reports?

- What kinds of financial reports have you had to prepare in the past?

- Have you ever had to give an oral presentation?  How did it go?

- How much of your current job involves listening?

- Have you ever given a presentation to top management?

- What kind of writing do you have to do on the job?

Intellectual/Analytical Skills

- What kinds of decisions can you make rapidly and which ones tend to take more time?

- Give me an example of obstacles that you have had to get around to accomplish a task?

- What sources of information do you currently use to keep yourself aware of any problems that may arise in your current job?

- Describe the different management styles that you have worked under in the past.

- How much opportunity for imagination or innovation is there in your current job?

Maturity/Responsibility Skills

- What disappointments have you had in your current job?

- Describe a stressful situation you have encountered in the past year and how did you deal with it.

- Describe opportunities that you have to delegate work and when is it appropriate?

- Describe a time when it was necessary for you to disagree with your boss or a superior.

- What has been your greatest disappointment in your current position?

- What is the toughest decision you have had to make with your current employer?

- What is the best way you have found to build credibility in your current job?

- Have you ever had to deal with the lesser of two evils? What was the outcome?

Assertiveness/Enthusiasm Skills

- What did you do to get ready for this interview?

- What is the biggest obstacle that you have had to overcome to get to where you are today?

- Tell me about a time when you gained something by persistence and patience.

- Why did you select this type of career?

- What interests you most about the position that we have available?

- Describe a situation when you feel that you must consult with a superior before making a decision.

- What is the best idea that you have ever sold to your boss or a superior?

- What tasks have you had to deal with in the past that have had repetitive aspects and how did you like it?

# The Selling Process

# Introduction

Integrity Selling is a new way to sell, focusing on values and ethics not just strategies and techniques.

Integrity Selling is a process that helps anyone do customer-needs-focused selling. It redefines selling as an activity of identifying and filling needs or wants.

In the past we have seen two other kinds of selling take place. They were:

1) A canned sales "pitch" where a memorized presentation was given. This assumed that everyone had the same dominant buying motives and made decisions the same way. The salesperson did most of the talking, leaving the prospect to do little but passively listen.

2) Stimulus -response selling.
   This method put salespeople in the position of flooding people with product information, hoping they'd say something that would "hit the hot button" of the prospect, "ring their bell" and cause them to want to buy.

   Many things were sold this way, mainly because that was the way most salespeople were trained to sell.

In both cases, selling was positioned as doing something to someone. Gimmicks and manipulative strategies and cliches such as: "Close early and often," "Always be closing," "The sale begins when the customer says no," "Sell the sizzle, not the steak," abounded.

No wonder people stereotyped salespeople as "pitch men."

But because of massive cultural and value shifts, old-fashioned manipulative selling strategies have gone the way of dinosaurs. The fact is they are simply no longer effective. Because of increased competition, profit squeezes, increased product availability and buyer sophistication, forward thinking companies are rejecting technique-focused selling strategies in favor of needs-focused selling.

## Integrity Selling is a Logical System

It is estimated that over 90% of all salespeople follow no logical selling system. Most of them "wing it," "shoot from the hip," or "do what comes naturally" when it comes to selling.

This system gives salespeople a method to follow - a logical sequence, a step-by-step process to follow. It also gives them a feedback instrument that helps them determine what went wrong if they didn't close. It shows them how much to talk and how much to listen.

The participants will get results in their selling because the course is more than a lecture class. It's a participatory program.

The participants learn by:

1) Viewing video tapes

2) Writing down ideas in manuals

3) Brainstorming points and principles

4) Discussing concepts

5) Making personal commitments to practice concepts

6) Building and reinforcing each other

Very often people think that sales training is when an expert talks and a learner listens. It isn't! Effective sales training is empowering people to discover and learn for themselves.

54

# The Selling Process

In educating hospital staff, working with physicians, and providing information for the community at large, the CEC/HCC needs to adopt a system that will facilitate the process.  Just as there are steps to follow in nursing protocols, the same can be said of the communications process.

The steps involved in the system are as follows:

1.    **Approach**
2.    **Interview**
3.    **Demonstrate**
4.    **Validate**
5.    **Negotiate**
6.    **Close**

Regardless of the audience, these communication principles have application for each facet of the Community Education Coordinator's role.  What follows is an explanation of each step, along with relevant examples.

There are only three rules to follow when using the system:

1.    *Find out where you are with people and begin at that point.*
2.    *Always complete one step before going to the next.*
3.    *Do not jump to a step without completing the ones before it.*

Remember that effective communication is a process rather than a single event.  In all likelihood it will take multiple calls on physicians and discharge planners to complete the six-step system.

I.    <u>**Approach**</u>  (talk 20% of the time, listen 80%)

*Purpose: To gain trust and rapport with your audience.*

**Action Steps:**
1.    Notice a person's environment.
2.    Ask questions about things you see.
3.    Don't invade people's space.

I.   **Approach** (cont.)

4.   Carefully watch people's body language.
5.   Watch what people do with their hands.
6.   Be sensitive to people's feelings and ask non-threatening questions.
7.   Get on an emotional level; match your audience's or person's pace and tone of voice.
8.   Quickly set up a communications process where they talk and you listen.
9.   Try to reduce people's anxiety about you approaching them.
10.  Remember that **communication effectiveness** depends on:

   ♦   **7% The words people say**
   ♦   **38% How they say those words**
   ♦   **55% Body language**

*Example:*   "Doctor Jones, those are interesting trophies, how did you win them?"
                                          *or*
            "Mary, I can see that you always have a lot of patient records on your desk, what
            part of your job do you find the most time consuming?"


II.  **Interview**  (talk 20% of the time, listen 80%)

*Purpose: To uncover needs or problems with patients, staff, or referral sources.*

**Action Steps:**
1.   Ask open ended questions to uncover needs or problems.
2.   Listen to and paraphrase all points - take notes.
3.   Identify the dominant needs and get agreement on them.
4.   Assure people you want to help them.

*Example:*   "Doctor Jones, how often do you use home care for your patients?  What types of
            patients?"
                                          *or*
            "Mary, how much of your time is spent dealing with home care agencies?  What
            are the two biggest problems you find in dealing with them?"

## III. **Demonstrate** (talk 50% of the time. listen 50%)

*Purpose: To show how your service can meet their needs.*

**Action Steps:**
1. Repeat the dominant wants or needs.
2. Explain how your service will meet those needs or solve a problem that has been identified.
3. Ask for people's reactions. feelings, or opinions.

*Example:*   "Doctor, you've told me that clinical competence is important in dealing with your rehab patients.  I am pleased to be able to tell you that several of our nurses have had extensive rehab experience in acute care facilities as well as working in the home environment.  We can adequately cover your patients when discharged.  If you like. I would be happy to have you meet the nurses who would be working with your patients."

*or*

"Mary. going to several vendors for IV. skilled nursing and DME can take a lot of time. something which you don't have a lot of.  I would be happy to coordinate that for you.  Our agency has an excellent relationship with quality providers of IV and DME.  Let me give you a brochure which fully describes our services."

## IV. **Validate** (talk 50% of the time. listen 50%)

*Purpose: To help people believe what we say is true.*

**Action Steps:**
1. Translate service features into customer benefits.
2. Emphasize value.
3. Cite relevant examples as proof.

*Example:*   "Doctor Jones. as you know. studies have found that most patients prefer being home rather than  recuperating in the hospital setting.  Let me share with you some recent patient satisfaction surveys and comments made by them about our nurses."

*or*

"Mary. I understand how important it is for you to feel comfortable referring patients to reputable home care agencies.   Our agency is not only Medicare certified and licensed by the state, but also is accredited by JCAHO.  Additionally. I'd like to share with you the results of our latest physician satisfaction survey."

**V.** **Negotiate** (talk 50% of the time. listen 50%)

*Purpose:* *To work out problems.*

**Action Steps:**
1. Find out what concerns or objections remain.
2. Understand the objections.
3. Isolate specific objections.
4. Discuss possible solutions - ask their opinions for best solutions.

*Example:* "Doctor Jones. I understand how you feel regarding how some agencies over-utilize visits to Medicare patients. We also think that's an abuse of the public trust and not conducive to ethical clinical practice. Other physicians felt the same as you until they found that our agency shares their vision of proper utilization and acts strictly within the guidelines of their orders. What other steps would you recommend to insure proper utilization?"

*or*

"Mary. you are concerned that there is little follow up with you about the quality of service that is rendered to patients discharged into home care. We would be happy to share patient satisfaction surveys with you. In addition to that. what suggestions do you have that could improve this situation?"

**VI.** **Close** (speak 80% of the time. listen 20%)

*Purpose:* *To get agreement on a particular course of action.*

**Action Steps:**
1. Ask trial closing questions to get opinions.
2. Listen to and reinforce each response.
3. Restate the benefits of a suggested course of action.
4. Ask for a decision.

*Example:* "Doctor. since you agree that a number of patients who visit your office may be home care candidates. when could I set up an education session for your office nurses?"

*or*

"Mary. you indicated that having a home care representative available for service on the interdisciplinary discharge team would be beneficial. I believe I could add value there and would welcome the opportunity to support your efforts. May I accompany you on discharge planning rounds?"

*or*

"Doctor, thank you for sharing your time with me. I am glad I was able to answer your questions about our range of services. Please consider us as a resource to help you with your patients who would benefit from home care."

# Implementation of the Selling Process Training

## Recommended Participants

It is strongly recommended that all Home Care Coordinators and Community Education Coordinators attend the Integrity Selling seminar if they have not already done so. It is also suggested that Agency Directors with direct management responsibility for any of these educational/marketing personnel attend this seminar as well.

As illustrated in the previous section, the skills introduced and developed during the seminar should become an integral part of the education/sales process at each agency. As the leader of this process, the Agency Director should be well-versed in this set of skills. As Agency Directors become more involved in the coaching process in the field they will be spending more time with our customers. Integrity Selling will help develop a higher comfort level with the educational/sales aspect of our business.

It is also recommended that we invite our co-workers in our parent hospital to participate in the seminar. It would be beneficial to hospital marketing personnel and well as managed care or sales personnel. Participation of hospital staff in Integrity Selling also enhances the "cross-training" effort in Columbia's continuum of care.

## Integrity Selling Seminar Structure

The Integrity Selling Seminar is presented at least quarterly within each Group, more often if necessary. Ideally, the class size is between 15 and 25 participants. The seminar lasts for two days and also involves the eight week follow-up as described. The seminars are conducted by the Directors of Community Education from Columbia Homecare Group, all of whom are fully accredited by Integrity Systems, Inc. as authorized trainers.

59

# Key Business Indicators

# Introduction
## Key Business Indicators

There are several key indicators which can be used to assess the performance of a home health agency relative to marketing and referral development. These include:

- Volume Indicators
- Physician Referral Patterns
- Preferred and Eligible Rates
- Referral Sources
- Payor Mix
- Top 5 Home care Diagnoses

Columbia Homecare recommends that these indicators be reviewed at least monthly. Trend analysis, performance to budget, and the creation of a Quarterly Update to the Product Marketing Plan are the critical elements on which to focus.

What follows is an explanation of each of the business indicators, how they should be analyzed, and suggestions regarding how to access them. Each indicator should trigger a series of questions, such as:

*Why is the indicator that particular or count?*

*What factors are influencing it?*

*What specifically does it mean relative to the agency's success?*

From this pattern of critical thinking, the agency can more readily understand the factors which affect the business and will be in a better position to plan for success rather than react to adversity.

## Key Business Indicator Tracking and Reporting Responsibilities

Ultimately, the monthly tracking responsibilities for the key business indicators falls to the Agency Director at each agency. Each of these indicators should be calculated each month and logged onto the appropriate work sheet.

It is highly recommended that the Agency Director delegate the collection of this data to various support personnel such as the Community Education Coordinator and the Home Care Coordinator. For example, it may make sense to have the Community Education Coordinator collect the data on top physician referral sources because it will be critical when putting together a call cycle and targeting educational activity in the field.

Other Key Business Indicators such as the payor mix and the capturement rate data are most easily collected by the Home Care Coordinator.  That individual should have ready access to the information sources within the hospital.

Most of this information is easy to access from the home care agency's information systems.  Some of the information requested must be provided by the hospital.  The way in which information is gathered and reported will often vary from hospital to hospital.  The best way to standardize the gathering of information at any one facility is to show the tracking forms to departments, such as discharge planning/case management and medical records, and ask for direction.

**All Key Business Indicator Forms should be complete by the 10th of each month for the previous month.**

62

# WHAT IS INTEGRITY SELLING®?

Integrity Selling® is a new way to sell. A way that focuses on values and ethics and not just on strategies and techniques.

Integrity Selling® is a process that helps anyone do customer-needs-focused selling. It redefines selling as an activity of identifying and filling needs or wants.

The following describes the values and ethics of Integrity Selling®

1. Selling is an exchange of value.

2. Selling isn't something you do *to* someone. It's something you do *for* and *with* someone.

3. Understanding people's wants or needs must always precede any attempt to sell.

4. Develop trust and rapport before any selling activity begins.

5. Selling techniques give way to selling principles.

6. Integrity and high ethics are accepted as the basis for long-term selling success.

7. A salesperson's ethics and values contribute more to sales success than do techniques or strategies.

8. Selling pressure is never exerted by the salesperson. It's exerted only by prospects when they perceive they want or need the item being sold.

9. Negotiation is never manipulation. It's always a strategy to work out problems ... when prospects *want* to work out the problems.

10. Closing isn't just a victory for the salesperson. It's a victory for both the salesperson and the customer.

In the past we have seen two other kinds of selling take place. They were:

1. A canned sales "pitch" where a memorized presentation was given. This assumed that everyone had the same dominant buying motives and made decisions the same way.

1



The salesperson did most of the talking, leaving the prospect to do little but passively listen.

2. Stimulus-response selling.

This method put salespeople in the position of flooding people with product information, hoping they'd say something that would "hit the hot button" of the prospect, "ring their bell" and cause them to want to buy.

Many things were sold this way, mainly because that was the way most salespeople were trained to sell.

In both cases, selling was positioned as doing something to someone. Gimmicks and manipulative strategies abounded. Cliches such as: "Close early and often," "Always be closing," "The sale begins when the customer says no," "Sell the sizzle, not the steak."

No wonder people stereotyped salespeople as "pitch men."

But because of massive cultural and value shifts, old-fashioned manipulative selling strategies have gone the way of dinosaurs. The fact is they are simply outmoded. Because of increased competition, profit squeezes, increased product availability and buyer sophistication, forward thinking companies have turned to needs-focused selling, thus getting away from technique-focused selling strategies.

Integrity Selling® and the AID,Inc.® system have led the way in this departure. Clearly, no other selling system offers as much as ours does.

Some of the unique features of our Integrity Selling® System are:

1. Simple and easy to learn.

2. Easy to apply.

3. Based on communication principles rather than manipulative strategies.

4. Provides a step-by-step system as well as a self-management tool.

5. Internally gratifying and rewarding for salespeople to practice.

2

6. Reduces call reluctance.

7. Provides a never-ending learning base.

8. Coordinates with an easily understood Behavior Style process.

9. Easy for managers to coach and counsel salesperson's performance.

10. Reduces the cognitive dissonance or internal conflicts that cause low sales performance and turnover in salespeople.

In addition to the foregoing unique features of the program, here are some beliefs on which Integrity Selling® is based.

1. People don't buy products or services — they buy end-result benefits.

2. Professional selling is a process of identifying needs and delivering end-result benefits.

3. People aren't as interested in price as they are in value.

4. People will pay more where trust and rapport are strong.

5. Salespeople sell more when they feel good about what they're selling and the way they sell it.

## THE AID,INC.® SYSTEM

The heart of Integrity Selling® is the AID,Inc.® system. The system has six steps to it. They are:

1. Approach . . . to gain rapport

2. Interview . . . to identify wants or needs

3. Demonstrate . . . to show how needs can be filled

4. Validate . . . to cause people to believe you and trust you

5. Negotiate . . . to work out problems

6. Close . . . to ask for a decision.

Notice the six steps in the following model.

3





*A     I        D    I   N C*

You'll notice, going from left to right, the approximate amount of time each step takes of the whole process. Also, in each step, the amount of time you spend talking (the shaded-in area on the bottom) and the time you spend listening.

Understand these three rules for using AID,Inc.® and you'll see a complete selling and self-management system.

1. Find out where you are with people and begin at that point.

2. Always complete one step before going to the next one.

3. Never jump to a step without completing the ones before it.

## BEHAVIOR STYLES

In addition to the AID,Inc.® selling system, another unique factor of Integrity Selling® is our copyrighted Behavior Styles process.

Below you'll notice the different styles.



4

In the seminar and follow-up sessions the people will learn how to identify people's Behavior Styles and then blend their communication to those styles.

## CUSTOMER-NEEDS-FOCUS PROFILE

Participants of Integrity Selling® learn needs-focused selling. It's simple. They focus on customers' needs and the value they can and do create for people. They prospect by asking, "Who has a need that I can create value for?" *Not*, "Who can I sell something to?"

They look for needs they can fill or satisfy, and problems they can solve.

They soon learn that having a customer-needs focus influences several areas of their success. They identify their own central sales focus, and, by focusing on creating value, they increase their sales, income and self esteem.

### Integrity Selling
#### Customer Needs Focused Profile

| Percentage of Sales People | 80% | | | | 18% | 2% |
|---|---|---|---|---|---|---|
| Central Sales Focus | Survival Focus | Quota Focus | Product Focus | Income Focus | Ego Focus | Customer Needs-Focus |
| Success Level | Failure | Surviving | Low | Moderate | High | Extremely High |
| Self-Esteem Level | Low | Weak | Fair | Moderate | High | Extremely High |
| Achievement Drive Level | Low | Weak | Fair | Moderate | High | Extremely High |
| Call-Reluctance Level | Extremely High | High | High | High | Moderate | Low |
| Trust Level | Low | Weak | Fair | Moderate | High | Extremely High |
| Time Management Level | Low | Weak | Fair | Moderate | High | Extremely High |
| Job Stability | Low | Weak | Fair | Moderate | High | Extremely High |

## OBJECTIVE OF THE PROGRAM

The objective of this program is:

Through an effective training format to help salespeople adopt new selling behaviors, so when they are in certain situations they instinctively perform in an appropriate way.

5



## WHAT THIS PROGRAM IS
## AND HOW IT WORKS!

The Integrity Selling® format is designed to:

1. Get *results!*

2. Take a minimal amount of *your* time to facilitate.

You'll soon see that these objectives have been achieved in this program.

You'll also see that this program is simple, practical and result-producing. It's not academic or textbooky. It doesn't pretend to dazzle people with theory, terms or concepts that will be soon forgotten.

It's designed to increase people's sales, income and pride in their profession.

You'll see these objectives met!

## WHO'S THE PROGRAM FOR?

The program is for people who have contact with people who pay them money for products or services.

Over 2,000 firms have enrolled their people in this program. We've had psychiatrists, doctors, dentists, attorneys, accountants and just about every kind of salesperson you can imagine. The communications principles are so universal that anyone can enhance their inter-personal skills by applying the principles of AID,Inc.®

All types of salespeople have attended our sessions — from new, young ones to old pros. The Guiness Book of World Records honor was given to Larry Merritt, an Integrity Selling® graduate and loyal supporter. Larry has sold more automobiles than anyone in automotive history.

While this program is designed with extreme simplicity, we've found that the higher paid (and more professional) salespeople are, the more they'll see in it.

Salespeople who earn several hundred thousand dollars a year often get more excited and see more depth in it than others.

So . . . don't let the simplicity fool you. The system you'll

teach in this course is extremely powerful and result-producing. And ... it will cause immediate sales increases for the beginning novice or the seasoned salesperson.

## INTEGRITY SELLING®
## IS A LOGICAL SYSTEM

Probably over 90% of all salespeople follow no logical selling system. Most of them "wing it," "shoot from the hip," or "do what comes naturally" when it comes to selling.

This system gives salespeople a method to follow — a logical sequence, step-by-step process to follow. It also gives them a feedback instrument that helps them determine what went wrong if they didn't close. It shows them how much to talk and how much to listen.

The participants will get results in their selling because the course isn't just a lecture class. It's a participation program.

As you conduct the course you don't lecture or "teach." You simply facilitate or direct discussions and activities. The participants learn by:

1. Viewing video tapes

2. Writing down ideas in manuals

3. Brainstorming points and principles

4. Discussing concepts

5. Making personal commitments to practice concepts

6. Building and reinforcing each other.

These are powerful learning concepts. They're all structured into the session outline. You don't have to take your time to put the concepts together. You don't even have to understand them in order to make them work. All you have to do is follow the system for conducting each session.

Very often people think that sales training is when an expert talks and a learner listens. It isn't! And you'll see why when you conduct this program. Effective sales training is empowering people so they discover and learn for themselves.

7



You can have total confidence in the unique format of this program. It works! All you have to do is to lead or facilitate it as outlined.

You'll get results!

## YOUR ROLE AS A TRAINER/FACILITATOR

Your role is to be a facilitator — to implement the training system in this manual. You don't have to prepare lesson plans or format. All that's been done for you.

Your only study time will be to familiarize yourself with the session outlines so you're ready to direct them.

Aside from knowing and understanding the format and content of the sessions, the following attitudes and actions will help you achieve better results with your people.

1. Your genuine interest in each participant.

2. Your own enthusiasm for and success with the material.

3. Your own desire to learn and grow.

Your own expectations will also influence the results people enjoy from the program. When you expect great things to happen to the people with whom you work, you'll see stronger benefits.

Your own commitment to the AID,Inc.® system will be silently validated when you facilitate. Your own values will also be unconsciously communicated to the participants.

Your honesty and sincerity will heighten the benefits your people enjoy. When they get the message that you believe what you're teaching, they'll take it more seriously.

Genuine interest in the people's success will impress many more people than your knowledge of selling strategies. Whatever level of AID,Inc.® proficiency you have will allow you to communicate with even the most sophisticated salespeople or managers, when you are still learning and trying to achieve new levels of understanding of the process.

8



five or six — up to 35 to 40. Any more than this might be more difficult for you to handle.

Here are some suggestions for you to think about as you plan to conduct the course.

1. How many participants will you have?

2. Where will you conduct it?

3. When will you schedule it?

4. How will you announce it?

5. How can you get maximum reinforcement and support?

Once you've decided on how many people, you'll need to select a training room. It should be private and away from telephones. You should insist that no one receive calls during the sessions. When participants come in and out, the disruption can be damaging.

For your sessions you'll only need these pieces of equipment, along with the AID,Inc.® wall posters.

1. Video playback equipment

2. A flip chart or chalkboard

3. Speaker's stand

You'll also need to order participant materials for each person in your session. Each participant's kit includes:

1. A textbook — *Integrity Selling*®

2. A seminar Personal Study Guide

3. A diploma

4. A pocket guide

5. Four cassettes

6. A Behavior Style work pad

7. An AID,Inc.® mini-poster

8. A follow-up sales manual

9. An eight-week course manual

10. Pre-call/Post-call planning forms

Don't feel like you have to have "all the answers" to everyone's questions. You don't! It's all right to admit that you don't know.

Remember . . . you're a facilitator, not a teacher!

## LEARNING CONCEPT OF THIS PROGRAM

"People are more apt to learn what they *experience* than what they just *hear!*"

Would you mind reading the above sentence again?

It's true!

That's why this program is designed as an interactive, experiential program rather than one where someone gives out information and students listen.

The format plunges the participants into programmed activities — things like discussion, brainstorming, writing down and making commitments.

Along with these learning activities there's a heavy input of information from the audio and video cassettes.

And then . . . let me emphasize that this program isn't just a video program — at least not one where people only watch them. That would be a very passive learning process. The videos are only a learning aid — an input of information.

The learning takes place because of the group interaction, daily practicing and the follow-up reinforcement.

## HOW ARE THE SESSIONS SET UP?

Your program sessions consist of the following:

1. One, six-hour or two, three-hour seminars.

2. Eight, one-and-one-half hour weekly follow-ups, or

3. Eight weekly mail-out follow-ups.

4. Manager's Coaching and Counseling Process.

You can have any number of participants you want — from

9

11.  Time Management Pad

These materials are essential for the success of your class as well as the final results of increased sales.

## HOW TO SET UP YOUR ROOM

The format is designed for small group discussion. You can have from 5 to 35 to 40 in attendance.

If you have up to 9 people, you'll only have one group. If you have more than 10, divide them into groups of 5 to 6. So, the more people you have, the more groups you'll have.

Use either round or rectangular tables. If you use rectangular tables, point the short end of the table toward where you stand and have three people on each side — facing each other.

If you have round tables, try not to have anyone sitting with his/her back to you as you speak.

Or, if you have 9 or less people, you can use a conference table.

At the front of the room you'll put a flip chart and video equipment, along with the AID,Inc.® posters and charts.

## WHAT TO DO IF SOMEONE SHOWS A NEGATIVE REACTION TO THE PROGRAM

Occasionally you'll have someone in your program who's negative for some reason. Maybe they don't want to be there. Maybe they're having problems with management or were forced to attend. Maybe their skills are poor. There can be other reasons.

In some cases you'll have salespeople who want to be out moving around, rather than sitting in a class for several hours. Some active, Doer-type salespeople have a difficult time sitting still for six hours.

## NEGATIVE BEHAVIOR CAN BE SEEN THESE WAYS

1. Suspicion — doesn't trust others, questions everything

11



and everybody.

2. Lack of participation — folds arms, has a "show me" attitude.

3. Super-sophisticate — acts as if the program is below his level.

4. Overly analytical — questions psychological reasons and concepts, evaluates at every stage, lets others know of his/her disagreement, wants to rewrite program.

5. Jokester — constantly cracking jokes, won't get serious, afraid to reveal self, pulls back from group.

These can be manifestations of negative self-esteem or insecurity.

The way to deal with them is to not notice them. Don't try to convince them that they're wrong. Unless a person is way out of line don't confront the behavior. Look for every small bit of positive behavior and reinforce it.

Here's a great way to deal with people who verbalize a negative response to you. Listen carefully and then say, "I'm very sorry that you're not enjoying the program. I appreciate your being honest about it. The program has helped many people sell more and earn more money!"

Then look at the person and ask, "Would you do me a favor? Would you jump in and finish the program, do what I ask, and not evaluate it? Then at the end, please make an evaluation, and let me know what you think. May I ask this of you?"

This is the best way, generally, to handle negative behaviors.

## MISCELLANEOUS SUGGESTIONS FOR CONDUCTING PROGRAM

*Keep everything positive at all times.* The program is designed to be a positive learning experience for your people. Criticism, arguments or negative responses to members will damage the effectiveness.

Expect the best from everyone!

2

*Don't evaluate, give advice or be authoritarian.* You can get into a lot of trouble by being dogmatic or authoritarian. Instead, do a lot of listening . . . and ask reflective questions that put the ball back into the other person's court, should they try to trap you with loaded questions.

Listen to people without defensiveness.

*Don't use sarcasm or put-downs.* A good rule is to keep all your humor the kind that pokes fun at yourself. Instead of getting a laugh at someone else's expense, let them have a laugh at your expense.

Another good rule to follow is not to tell a joke just to get a laugh — that's calling attention to yourself.

And too, remember that it's easy to get a laugh or dig at someone else — especially when you're under the pressure of being in front of an audience.

But very often people don't like you for doing it at their expense. They probably won't tell you, but in many cases they won't like you or respect you for using them.

*Constantly build up people.* The best way to build up people is to show value to them. Express confidence in them. Accept them. Point out good things they've done.

Watch for and then mention positive traits you see in people. Thank them. Recognize them.

You build people by reinforcing their positive behavior. So, look for even the smallest possible traits or advances in people and point them out.

*Make clear transitions from one part to another.* After each Roman numeral part (introduction, playing video tape, discussions, brainstorming, commitments), make a clean break before you go to the next part.

One way you can do it is to get everyone's attention, pause and introduce the next part. Something like, "Thank you for your participation in this discussion. Now I must stop you and go to our next activity . . . " Then make sure everyone is quiet and looking at you before introducing the next part.

As you go from activity to activity, make sure everyone is

13



with you. Again, get their attention before you announce the next part. Be sure and move the whole group together from part to part.

*Monitoring group discussions and activities.* The proper way to introduce group discussions is in your session outlines. You'll either be speaking to the whole class or just to the discussion leaders when you give instructions.

When you give instructions, be simple and concise. Don't ad-lib or get off on tangents.

When the groups are in discussions you'll want to watch them and monitor their activities. You want all the group members to participate in their discussions, with no one person dominating them, and each person having equal time.

If you're aware of arguments or groups being off track and on tangents, a good way to solve the problem is to act like you don't hear them and simply announce, "May I have your attention for a moment . . . ? I probably didn't make myself clear when I gave you the instructions, but what we should be discussing is . . . " And then repeat the original instructions.

Expect people to get off on tangents. They will! But try to keep them on track without offending anyone.

*Keep activities moving fast.* The discussion format is designed to move quickly. *It's intended that they never have as much time as they'd like to have.* The learning curve is heightened when you stop discussions "just when they're getting good."

This enhances interest and learning! Studies have shown that people will learn more and have a more exciting, enjoyable, educational experience when they feel time pressure — when they're not allowed to talk as long as they'd like.

Never let the sessions drag out. Observe the very rigid time management of each session.

To help you manage your time, take a pencil and to the left of each major part of each Roman numeral write the time that you'll begin that part.

4

This gives you a guide to follow so you always know that you're on time — to the minute.

Then after the session is over you can erase the pencil notes. It's very important to rigidly follow the printed time schedule. Your people will notice it! They'll know if you drag and don't follow the time schedule. And they'll know when you move from point to point on time.

So be a pro! Watch your time schedule.

## SUGGESTED TIME SCHEDULE FOR SEMINAR SESSIONS

As you conduct these six one-hour sessions, here's a suggestion about structuring the seminar for a full day six-hour session.

| | |
|---|---|
| 8:30 -  9:30 | Session 1 |
| 9:30 -  9:45 | Break |
| 9:45 - 10:45 | Session 2 |
| 10:45 - 11:00 | Break |
| 11:00 - 12:00 | Session 3 |
| 1:30 -  2:30 | Session 4 |
| 2:30 -  2:45 | Break |
| 2:45 -  3:45 | Session 5 |
| 3:45 -  4:00 | Break |
| 4:00 -  5:00 | Session 6 |

Of course if you conduct the seminar in two, three-hour sessions, but on different days, you can vary the time.

If you do conduct the six hours in one day, be sure and take all the full breaks because the people will need them.

The best results are probably obtained when you conduct the three-hour sessions on two separate days; although when you conduct the six sessions in exactly one hour each, and take the full breaks, you'll be amazed at how much energy will be sustained throughout the full day.

## THE IMPORTANCE OF FOLLOW-UP

How many times have you attended an exciting seminar, gotten some great ideas and thought, "This will change my whole life!" Only to discover 30 days later that you had

15



forgotten 94.6% of everything you heard?

It happens.

Integrity Selling® works because of the follow-ups.

*Follow-up is essential for retention.*

It's here that we need to refocus on our objective of the program. It is:

> Through an effective training format to help salespeople adopt new selling behaviors, so when they are in certain situations they instinctively perform in an appropriate way.

There's a big difference between behavior and knowledge. Most of us know much more than we practice. It's important to remember that when in the heat of battle we usually revert back to comfortable behaviors. We jump from what we cognitively know to automatically doing comfortable behaviors.

In short, we don't practice what we *know,* we practice what we unconsciously feel comfortable doing from past experience.

The follow-ups are critical if a salesperson is to develop new selling behaviors and customer-needs-focused skills.

In this manual you have four follow-up processes. Realizing that you'll have different situations and logistics, you can use the four types of follow-ups to suit your own needs.

1. An eight-week course program.

   This assumes that your people can be gathered together once each week. It's extremely effective.

2. An eight-week mail-out follow-up.

   In this format you mail out or fax a letter each week encouraging the participants to practice the action guides, listen to the cassette tape and read the textbook.

   You also ask for a response form to be filled in and returned to either you or a manager.

   As management reinforces this process the responses

will be sent back. With little reinforcement or expectations, few responses will be sent.

3. An eight-week manager's coaching and counseling process.

This process can be done by managers one-on-one or with groups of their salespeople. It takes the salespeople step-by-step through the AID,Inc.® system. There are exercise sheets for salespeople to hand in to their managers.

This process can be done by managers in addition to the other follow-ups, at the same time, or after the eight-week follow-ups have finished. It can be done in person or over the telephone.

A separate Manager's Coaching Manual outlines the process a manager will follow.

4. Two sales meeting outlines a month for six months.

These sales meetings are designed to be conducted when your salespeople can be together twice monthly. One meeting lasts 30 minutes, and the next one lasts one hour. They can be done either after the training has been done or repeated as refreshers.

## FACTORS NECESSARY FOR BEHAVIOR CHANGE

In order for behavior change to occur, these factors must be present in a training process.

1. Input of information

   a. cassettes

   b. book

   c. pocket guide

   d. manual

2. Focused practice

   a. practice one set of action guides

   b. concentrate on one step for a week

3. Daily self evaluation

17



4. Weekly reporting of results

   a. group meetings

   b. mail reports

   c. coaching sessions

5. Facilitator or manager reinforcement

   a. report to manager or facilitator on weekly performance and results

   b. praising by manager or facilitator

6. Commitment and goal setting for next week

Somewhere between 21 and 32 days of the follow-up, providing the participant is performing his or her duties, new behaviors will begin to be formed.

Understand all this and you'll begin to understand the power of Integrity Selling®

Columbia Healthcare Corporation



*Sales Training for Administrators*

by

Carroll E. Streetman

Columbia Healthcare Corporation                    1



*" SALES "*

Exactly What Does the word
SALES Mean to You ??

Columbia Healthcare Corporation                    2

*Columbia Healthcare Co...oration*



# "Sales"

Selling is the *art* of influencing someone to buy at a mutual profit that which you are selling.

Selling is the *art* of understanding human desires and pointing the way to their fulfillment.

Selling is the *art* of assisting your customers in buying intelligently.

Aim is to make each transaction a "Win-Win".

*Columbia Healthcare Corporation*                                      3



# *Professional Sales Profile*

– Understands and likes the sales process
– Possesses service/product knowledge
– Strong work ethic
– Understands the roles of internal/external customers
– Delivers on commitments
– Ethical - trustworthy
– Passion for delighting the customer
– Orientation toward teaching, coaching, consulting and motivating
– Deals effectively with people at all levels

*Columbia Healthcare Corporation*                                      4

2

*Columbia Healthcare Corporation*



*How Many of You Are
Uncomfortable With Going Out
and Making a Sales Call ??*

*Columbia Healthcare Corporation*                                                5

## Playing the Odds

Four out of every five people you call on have a
built in sales resistance.

80 % of sales calls are likely to be negative in
terms of closing a sale.

It takes on average 5 - 7 calls to close a sale.

Babe Ruth is remembered as the Home Run King
because he hit 714 home runs - but the Babe also
struck out 1,330 times!

*Columbia Healthcare Corporation*                                                6

3

*Columbia Healthcare Corporation*

## The Buying Process -
## The Selling Process

Nothing happens until someone makes a decision to buy something.

You assist the customer in making certain decisions - one at a time.

The customer *must* realize and recognize a *need*.

Probing arouses *interest* - Presenting creates *desire*.

*Columbia Healthcare Corporation*                    7

## The Buying Process -
## The Selling Process

The customer must be convinced of your proposition's value and benefits.

Most sales do not "close themselves". You must add the motivation of a logical and/or emotional close.

Secret of successful salesmanship is staying in front of decision-makers with a selling strategy.

*Columbia Healthcare Corporation*                    8

4

Columbia Healthcare Co  )ration

# The Buying Process -
# The Selling Process

■ The ability to provide *Value Satisfactions* - or better yet, *Unexpected Value Satisfactions* - is becoming the single most important factor for distinguishing the successful sales person in today's competitive environment.

■ How the Sales Process is *Managed* is also a very powerful differentiating factor in the buyer's overall response to the salesperson.

Columbia Healthcare Corporation                                          9

# *Consultative Selling*

■ Ideally, the salesperson should be perceived as a *Part of the Solution* rather than as a part of the problem.

■ *Consultative Selling* - enables a salesperson to recognize the <u>true</u> concerns and needs of the customer and to respond to these in a manner which creates a <u>long-term</u> relationship based on the capacity to add value to the process - *TRUST*.

Columbia Healthcare Corporation                                         10

5



*Columbia Healthcare Co. oration*

## Consultative Selling Characteristics

- Cooperation and Coordination between buyer and seller
- Joint Problem Solving
- Partnership Building between both Parties
- Understanding of Customer's Needs & Goals
- Joint Objectivity
- Advocacy of Solutions
- Sales Process is seen as a True Service to the Customer

Columbia Healthcare Corporation                                    11

## Steps in the Selling Process

*Introduction & Rapport Building* - aim here is to get customer's attention. Sell the customer on listening...giving you an appointment.

*Establish Business Purpose* - two main objectives: 1. Make a favorable impression. 2. Gain positive interest in learning more about your product or service.

*Probing* - primary objective here is to assist the customer in recognizing a *need.*; then arousing an interest in evaluating a possible solution.

Columbia Healthcare Corporation                                    12

6

Columbia Healthcare Corporation

## Steps in the Selling Process

*Presenting* - it is here that you create desire by showing the advantages now being missed that will be gained by accepting your sales proposition.

*Handle Objections* - here you respond to the customers legitimate questions and concerns regarding your product or service.

*Closing* - few customers are ready to accept a sales offer even when interest has been aroused and a desire has been created. You must add a closing motivation of a logical and/or emotional nature.

Columbia Healthcare Corporation                                    13

## "Ready - *FIRE* - Aim"



Columbia Healthcare Corporation                                    14

*Columbia Healthcare Co  ration*

> ## *Planning is the "Roadmap" to Success in All that We Do in Life*

## The Planning Function

Many sales people confuse *"activity"* with *accomplishment.*

Planning is the *base* upon which all future action should take place.

Planning keeps you focused on your goals

Best kept sales secret:

>   *Do the most important things FIRST*

Plan for interruptions in your day.

*PLAN YOUR WORK  &  WORK YOUR PLAN*

*Columbia Healthcare Corporation*

# Objectives of Planning
# for the Initial Call

■ *What Kind of Knowledge Base of Information is Necessary Prior to Making A Sales Call ???*

Columbia Healthcare Corporation                                    17

# Objectives of Planning
# for the Initial Call

Accumulate any special information that can help you present yourself in the strongest possible way.

Discover what the surgeon's dominant buying motive will most likely be.

Gain insights on how you can best establish a good relationship with the surgeon.

Columbia Healthcare Corporation                                    18

*Columbia Healthcare Col ration*



## Information on the Surgeon

Personality Characteristics.

Special interests, sports, hobbies.

Family ties and marital status.

Business/Practice aims, ambitions and objectives.

Business/Practice needs.

Special personal or Business/Practice problems.

## Information on the Surgeon's Practice

Practice growth rate: increasing, decreasing, flat.

Practice's most pressing need.

Specific business problems in practice.

Experience with similar out patient surgery centers or free standing surgery centers.

Objections likely to be raised.

How your surgery center/hospital surgical suites will benefit the surgeon's practice.

*Columbia Healthcare Corporation*

## Where Do I Obtain Information About A Particular Surgeon and His/Her Surgical Practice ??

Columbia Healthcare Corporation                                    21

## Ways to Obtain Information

Other sales people.

Practice's staff: secretary, receptionist, scheduler, assistants or medical associates.

local daily papers and weekly business journals.

technical journals, special surveys, reports, bulletins.

Competitive Hospital's newsletters.

Affiliated staff from other surgery centers or Competitive Hospital surgical suites.

Columbia Healthcare Corporation                                    22

11

*Columbia Healthcare Corporation*

## Making Contact - Summed Up

The first rule of selling is "Get In."

You get in by planning, by learning as much as you can about your surgeon and his practice.

Once you've got the appointment, be prompt, polite, personable, posture perfect, poised, and persuasive.

On the initial contact, you are not trying to sell a solution - promise a benefit, offer a service, or appeal to curiosity.



*Columbia Healthcare Corporation*                                     23

## You're In The Office -
## Now What Do You Do ??

"Have a seat, the Doctor will be with you in a few minutes" ..............

■ Where do you sit ?

■ What do you do while you are waiting to be seen by the Doctor ?

■ Notice Anything ??

■ How long should you sit and wait ?

■ Time for another Appointment ?

*Columbia Healthcare Corporation*                                     24

*Columbia Healthcare Corporation*

# Paying Attention

Successful sales people *observe*.

Keep your eyes and ears open for opportunities.

Key to increasing your production.

Helps you do your homework and develop your plan for each call.

Columbia Healthcare Corporation                                    25

# Introduction & Rapport Building

Make the Object of Your Call Clear Immediately.

Plan to Sell the Surgeon on Listening:
   a. Promise a Benefit
   b. Offer a Service
   c. Appeal to Curiosity

Practice your Pre-call approach until you can deliver it in a conversational tone with a poised, positive attitude.

Columbia Healthcare Corporation                                    26

*Columbia Healthcare Co. ration* 

## Opening Presentation

*Write a typical Pre-Approach Strategy:*

You are about to meet with a 48 year old
General Surgeon who is in solo practice
in a large office only a few minutes drive
from your facility. There are two
competitive   facilities located nearby
and one just a short walk from his office.
He occasionally performs surgery at your
facility, but not with any regularity.......

Columbia Healthcare Corporation                                    27

## Probing

Objective is to assist the surgeon in making two
important decisions:

    a.  To recognize a need

    b.  To become interested in evaluating a
        possible solution.

Get people to think by asking *relevant* questions.

People do not buy something unless they feel it is
in their interest and benefit to do so.

Increase your effectiveness by learning what your
surgeons really want.

Columbia Healthcare Corporation                                    28

14



*Columbia Healthcare Corporation*

## Probing - Objectives

Helps the surgeon to discover a need.

Helps you avoid talking too much.

Helps to avoid arguments.

Helps crystallize the surgeon's thinking - the idea becomes his or hers.

Helps give the surgeon a feeling of importance when you show respect for his or her opinions; he or she is more likely to respect your opinions and recommendations.

*Columbia Healthcare Corporation* 29

## Probing

Asking Questions Develops Additional Facts and Feelings:

* Understanding surgeon better as a person
* Understanding surgeon's needs as they relate to your services
* Understanding importance of meeting those needs for the surgeon
* Strengthens your relationship with the surgeon
* Creates a more professional image

*Columbia Healthcare Corporation* 30

*15*

*Columbia Healthcare Corpuration*

## Probing

Asking Questions Develops Additional Facts and Feelings:

* Determines whether the surgeon is the decision maker
* Reinforces the surgeons decision to move forward
* Triggering in the surgeon's mind mental image of what it would be like to solve the problem
* Determines the dominate buying motive

*Columbia Healthcare Corporation*

31

## Probing

Two Classic Types of Probes:

1. <u>Open Probe</u> - the Tell About, How Do You, Explain To Me approach.

2. <u>Closed Probe</u> - Yes/No, How Many, How often approach.

*Columbia Healthcare Corporation*

32

*Columbia Healthcare Corporation*

# Probing

Write down two (2) Open Probes to gain better insight into the Surgeon's Practice or to help him/her discover a need.....

Columbia Healthcare Corporation

33

# Probing

In Essence, Selling is the *ART* of Asking Questions:

1. Is the question clear & concise ?
2. Does it require productive thinking prior to a response ?
3. Does it force an evaluation of a new idea ?
4. Does it help to separate you from your competitor - probing into new areas ?
5. Does it lead the customer to draw upon past experiences ?

Columbia Healthcare Corporation

34

*Columbia Healthcare Co. )ration*



## Identifying "Needs"

■ List Common Needs that You Might Expect Your Surgeon to Have...

Columbia Healthcare Corporation                                        35

## Typical Needs

■ Certain Days & Times
■ Special Equipment or Instruments
■ Certain Managed Care Plans
■ Special Technical Help - scrub tech. X-Ray tech., etc.

Columbia Healthcare Corporation                                        36

Columbia Healthcare Co. )ration

## Information on the Surgeon's Practice

How Many Surgical Cases Per Week ? OP. vs IP ?

What Types of Cases Does He/She Perform ?

Where Does Surgeon Operate Now ?

Why Does Surgeon Take Cases Elsewhere ?
* Convenience
* Equipment
* MC Plans
* Nursing Staff
* Anesthesia
* Scheduling Needs
* Room Turnover
* Case Mix
* Ownership
* Other

Columbia Healthcare Corporation                                    37

## Information on the Surgeon's Practice

What Are Preferred Surgery Days & Times ?

Does Surgeon Typically Block Schedule ?

Are There Any Managed Care Plans That Surgeon Has That the Hospital or ASC Does Not ?

Has Surgeon Ever Done Surgery at an ASC ?

Has The Surgeon Ever Been to That Particular ASC or Hospital Surgical Suite?

Special Equipment Needs ?

Columbia Healthcare Corporation                                    38

19

*Columbia Healthcare Co.  ration*

## Listening

Learning about your surgeon and his or her needs is largely a *listening* process.

Effective listening habits include:

* *Stop talking* - you can't listen when talking
* *Show your interest* - look & act interested
* *Empathize* - put yourself in surgeon's place
* *Put surgeon at ease* - help find an easy answer to your question
* *Never interrupt* - let surgeon interrupt you, but never interrupt or finish his sentences.

*Columbia Healthcare Corporation*                    39

## Listening

Always Remember:

The Most Effective Sales Call is 25 % Talking and 75% Listening

*Columbia Healthcare Corporation*                    40

*20*

*Columbia Healthcare Co    )ration*

# The Presentation

Every successful sales call begins with a well-planned presentation.

# Four Essentials of a Good Presentation

It must <u>capture</u> the customer's instant and undivided attention.

It must <u>arouse interest</u> by describing buyer benefits and their benefit to the customer.

It must <u>create desire</u> by winning the customer's confidence.

It must <u>motivate</u> the customer to take "some" action NOW.

*Columbia Healthcare Cor, ration*

## Presentation Pointers

Personalize your presentation.

Review the notes of your last conversation. -

Plan to get your customer involved.

Slant your presentation to your customer's self-interest.

Chose impact words to construct your presentation

Gain acceptance through understanding.

*Columbia Healthcare Corporation*                                    43

## Presentation Pointers

Achieve credibility.

Help Your Customer sell Himself/Herself.

Summarize strategically.

Be an assistant buyer. Ask the customer to buy.

Use powerful presentation expressions.

*Columbia Healthcare Corporation*                                    44



*Columbia Healthcare Corporation*

## Presentation Expressions

I want to make certain that I understand how you feel about.......

May I ask why you feel that way?

In addition to that, is there any other reason for not moving forward on this matter now?

Let's move forward on this basis.......

Now here is what I would like to do.......

I would like very much for you to help me......

Columbia Healthcare Corporation

45

## Objections

Objections are our friends.

The toughest customer to sell isn't the one who objects, but the one who shows no interest at all.

An objection is a "clue" to the customer's thought process.

Objections fall into two categories:
* Genuine objections
* Insincere objections

Columbia Healthcare Corporation

46

Columbia Healthcare Co    )ration



# Why do Customers Object?

When a customer objects, he or she is saying
"I'm not sold . . . yet." They generally object
for 3 reasons:

1. There is something not yet
   understood
2. There is something the customer
   does not believe
3. There is something the customer
   is trying to cover up.

*Columbia Healthcare Corporation*                                    47

# Objections

What Common Objections Have
You Experienced in the Past or
Might Expect to Hear When
Speaking with Surgeons ??

*Columbia Healthcare Corporation*                                    48

*Columbia Healthcare Cor    ration*

# urgeon's Hierarchy of Horrors

I'm apprehensive about clinical competence.

You couldn't accommodate my schedule.

You made me wait. You wasted my time.

You didn't meet my equipment needs.

I didn't feel comfortable with your staff.

Columbia Healthcare Corporation                                                    49

# urgeon's Hierarchy of Horrors

My patients complained about the way financial matters were handled.

I/my patients felt uncomfortable because of the facility's appearance, condition, or cleanliness.

My patients complained about too long a wait.

I was inconvenienced because my contract patients couldn't use your center/OP facility.

Columbia Healthcare Corporation                                                    50

Columbia Healthcare Co )ration

# Handling Objections

When to answer ?
   Before it comes up if you anticipate it.

Ignore the objection ?
   Natural defensive reaction.

Get permission to answer the objection later.
   Delay robs strength from the resistance

Answer it now if you believe it is genuine and
will impede the sales effort by delaying or
ignoring.

Columbia Healthcare Corporation                                        51


# Handling Objections - 6 Steps

1. *Pause and Think:*
   * Overcomes tendency to attack or defend

   * Allows time to consider what the customer
     is really saying, asking, or objecting to.

   * Allows time to prepare a response.

   * Creates correct impression that it is being
     given serious consideration

Columbia Healthcare Corporation                                        52

26

*Columbia Healthcare Cor₁ ration*



## Handling Objections - 6 Steps

2. *Restate objection & use objection softeners:*
   * Assures customer that he has been heard.

   * Allows customer to amend objection.

   * May ferret out a *hidden* objection by
     making customer amplify his position.

   * Provides opportunity to use objection
     softener - no argument is intended.

*Columbia Healthcare Corporation*                    53

## Objection Softeners

Use to avoid confrontation or wounding of the
customers self-esteem or pride.
   * " I can appreciate why you might feel that
     way, however..."
   * " You make a good point, however, I think
     you will appreciate what I'm trying to say
     with this added information about ..."
   * " Many surgeons have felt the same as you
     until we were able to ...."
Develop "softeners" for specific objections.

*Columbia Healthcare Corporation*                    54

27

*Columbia Healthcare Corporation*

## Handling Objections - 6 Steps

3. *Find an area of agreement:*

   * Extrapolate on those points relating to the question the customer has asked on which you can obtain agreement.

   * Proceed to build upon area of agreement.

Columbia Healthcare Corporation                                    55

## Handling Objections - 6 Steps

4. *Discuss logically:*
   * The answer to the customer's question

   * Reasons why objection is not valid in this instance.

   * Make clear you are considering his point.

   * Put offs (e.g., "leave some literature" or "I'll think about it") are signals that neither curiosity or interest have been aroused.

Columbia Healthcare Corporation                                    56

*Columbia Healthcare Corporation*

## Handling Objections - 6 Steps

5. *Use Proof Material:*

   * Support your discussion with the weight of outside material - JCAHO, JCAHO with Commendation, Malcolm Baldrige, "Top 100 Hosp.", testimonials, BDP's.

   * Proof statement must relate to objection.

Columbia Healthcare Corporation                    57

## Handling Objections - 6 Steps

6. *Probe for acceptance:*

   * Probe to be sure that objection/question has been answered satisfactorily.

   * Neglecting above will insure the rest of the presentation will be wasted.

   * Once acceptance has been assured, presentation can resume original course.

Columbia Healthcare Corporation                    58

*Columbia Healthcare Corporation*

# Handling Objections

Six Step Process:
1. Pause & Think
2. Restate Objection & Use "Softner"
3. Find Area of Agreement
4. Discuss Logically
5. Use Proof Material (if needed)
6. Probe for Acceptance

Columbia Healthcare Corporation

59

# andling Objections - Role Play

"I've been practicing at St. Anthony's for over 10 years. Why should I use any of the 3 Columbia Hospitals....or the Surgery Center for that matter??"

"You Guys at Columbia are trying to take over everything."

"It's convenient for all of us to meet at Morton Plant every morning."

Columbia Healthcare Corporation

60

30

*Columbia Healthcare Corporation*

## andling Objections - Role Play

- "We have a very well equipped orthopedic O.R.; and I get spoiled working with the same staff."
- "I wasn't gaining anything by working at 3 Hospitals instead of one."
- "I don't like going all over town to do my surgeries. I like my scheduler to book all my cases at one facility. It makes me more productive."

*Columbia Healthcare Corporation*                                      61

## andling Surgeon's Complaints

- What are you going to do with what you hear from the "customer"???
- Plans for Handling Complaints........
- Plans for Handling un-resolved Objections .
- Picking up where you left off.....

*Columbia Healthcare Corporation*                                      62

*31*

Columbia Healthcare Corporation

## The Art of Closing

Use the *five cardinal rules of selling:*
1. If you would win a customer to your cause, first convince him you are a genuine friend.
2. Help the customer to recognize a need.
3. Keep in mind the customer is best convinced by reasons he or she discovers.
4. Always plan to demonstrate the value and benefit your product/service provides.
5. Make it easy for the customer to buy from you.

Columbia Healthcare Corporation                                         63

## The Art of Closing

"The Entire Selling Process is a Closing Process"

Uses a Four Step Strategy for Closing:
1. Summarize Emphasizing Buyer Benefits.
2. Ask for Your customer's Questions.
3. Ask Your Questions: "Will you buy now?"
4. Stimulate an Action.

"Sell at the Customer's Pace"

Columbia Healthcare Corporation                                         64

32

Columbia Healthcare Co  )ration

# The Art of Closing

_Buving Signs to Watch For:_
1. Words and questions:
   "Can I get block scheduling time?"
2. Customer's Attention:
   Positive Body Language
3. An Act of Hesitation Over One Point:
   "You say you can turn a room in ..."
4. Tone of Voice:  Raising or lowering voice.
5. Facial Expressions:
   Eyes tell you more than words.

Columbia Healthcare Corporation                    65

# The Art of Closing

_Types of Closes:_
1. Assumptive Close:
   You take for granted the close
2. Positive Choice Close:
   "What day is best us to schedule your
   cases, Tuesday or Thursday?"
3. Ask Them To Buy Close:
   "Will you schedule cases at Parkside?"
4. Summary Close:
   "To summarize, ....."

Columbia Healthcare Corporation                    66

33

*Columbia Healthcare Corporation*

# Follow-up After the Sale

All of your customers have one thing in common - they are hungry for appreciation.

Give appreciation to those who assist you in making the sale.

Handle any and all complaints courteously, promptly and reliably.

Advise all of your staff of the successful "sale" to promote good follow-up and follow-thru.

# Action Plan

Review Monthly *Surgeon Activity Reports*-Trends

Identify 15 Trial Surgeons to increase utilization and establish a call cycle for them.

Identify five (5) new surgeons as Target Surgeons and put them into your call cycle.

Identify and plan for one (1) day every week to call on identified surgeons - Team Sell.

Track your success with weekly call reports and by updating Surgeon Account Records.

# Preferred and Eligible Rate

The "preferred and eligible rate" is probably the most important tool we have to gauge how well we are educating our own staff in the hospital. All Columbia home care agencies, in conjunction with their affiliated hospital(s) will track and report home care "preferred and eligible rates" on a monthly basis. Each agency, and its affiliated hospital(s). will be held accountable to report the specified "preferred and eligible rate" information to the Division during the Monthly Operations Review.

The three components that will be extracted from the "preferred and eligible" tracking forms and reported each month to the Division are:

- **Total Preferred and Eligible Rate**

   The total preferred and eligible rate tracking form reports the Columbia Homecare preference rate across all payor classes. The data reported by payor class should be totaled to yield the preferred rate. It is imperative for us to start looking at this "total" picture as the payor mix continues to evolve in each facility.

- **Medicare Eligible Rate**

   Medicare home care eligible rate is defined as the percent of the hospital's adjusted Medicare discharges referred to home care relative to the total number of adjusted Medicare discharges.

- **Medicare Preferred Rate**

   The Medicare preferred rate tracking form will be utilized to calculate the Columbia Homecare preference rate for Medicare discharges as well as the eligible rate for each home care agency and its affiliated hospital(s).

   The Medicare preferred and eligible rate is defined as the percent of Medicare home care referrals to the Columbia hospital's home care operations relative to the total number of Medicare home care referrals to all home care providers.

## Patient Choice

While focusing on increasing the home care preferred and eligible rate, it is imperative for each Columbia hospital to uphold and document patient referral policies and procedures that are in accordance with Medicare Hospital Conditions of Participation and JCAHO standards. Each hospital must document that its' patients are given the opportunity to choose their home care provider.

It is paramount that the patient's right to choose be preserved. Regardless of the patient's choice of home care provider. it is essential that the hospital include documentation of that choice in the medical record.

# SAMPLE

## MEDICARE PREFERRED AND ELIGIBLE RATE TRACKING FORM

Month: _____

### Disposition of Hospital Medicare Patient Discharges

| | |
|---|---|
| A. Total Medicare Discharges | |
| B. Transferred to Long-Term Care | |
| C. Transferred to Transitional Care Unit | |
| D. Transferred to Other Hospital | |
| E. Transferred to Psychiatric Care | |
| F. Transferred to Rehabilitation | |
| G. Other Transferred Dispositions (includes expired) | |
| H. Total Transferred Dispositions (B+C+D+E+F+G) | |
| I. Adjusted Medicare Discharges (A minus H) | |
| J. Home Care Referrals to Hospital Agency | |
| K. Home Care Referrals to Other Agencies | |
| L. Total Home Care Referrals (J plus K) | |

### Preferred and Eligible Rate

| | Percent | Target |
|---|---|---|
| Preferred and Eligible Rate | | |
| Eligible Rate (L/I) (Percent of adjusted Medicare discharges to home care) | | |
| Preferred Rate (J/L) (Columbia preference rate) | | |

64

# SAMPLE

## TOTAL PREFERRED AND ELIGIBLE RATE TRACKING FORM

### Month: _____

| Payor Class | # of Hospital Discharges | # of Home Care Referrals | % Referred to Home Care | # Referred to Hospital HHA | Preferred and Eligible Rate |
|---|---|---|---|---|---|
| Medicare(*) | | | | | |
| Medicaid | | | | | |
| Managed Care | | | | | |
| Self Pay | | | | | |
| Charity/Bad Debt | | | | | |
| Other | | | | | |
| TOTAL | | | | | |

<u># of Hospital Discharges</u> - The total number of hospital discharges in a given month, reported by payor class. (If the payor classes listed above do not correlate with those utilized by your facility, please make adjustments accordingly).

<u># of Home Care Referrals</u> - The total number of home care candidates referred by the hospital in a given month, reported by payor class. Accounts for all referrals made for home care services, including those to the hospital-based agency as well as those to competing home care agencies.

<u>% Referred to Home Care</u> - The total percent of hospital discharges referred to any home care agency in a given month, reported by payor class. To calculate the percentage, divide the # of Home Care Referrals by the # of hospital discharges.

<u># Referred to Hospital HHA</u> - The total number of hospital discharges referred to the hospita-based home care agency. This should not include home care referrals made to other home care agencies.

<u>Preferred and Eligible Rate</u> - The percentage of business the hospital- based home care agency receives relative to the total amount of home care business referred by a given hospital. It should be calculated monthly, representing all payor classes. To calculate the percentage, divide the # Referred to Hospital HHA by the # of Home Care Referrals.

(*) Includes all discharges (acute and subacute). Adjusted discharges should only be reported on the Medicare Prefer and Select Tracking Form.

# SAMPLE

## TOP 5 DIAGNOSES
## FOR HOME CARE

**Month:** _____

| Diagnosis | Total Hospital Discharges for Diagnosis | Number Discharged to Home care | Percent Discharged to Home care | National Standard for % Discharged to Home care |
|---|---|---|---|---|
| Stroke | | | | 27% |
| COPD | | | | 18% |
| Heart Failure | | | | 20% |
| Major Joint Replacement | | | | 34% |
| Hip/Femur Fractures | | | | 35% |

67

# Volume Indicators

When considering the volume indicators, we are actually looking at three different variables which should be analyzed monthly in the evaluation of our business:

- Referral Volume
- Admission Volume
- Visit Volume

Each of the above variables will help track and identify opportunity for business growth. Tracking these variables month-to-month will yield a trend line to determine future growth strategies.

In addition, two percentages will be calculated from the variables given above:

- Referral Conversion Rate
- Percent to Budget

The referral conversion rate looks at the ratio of admissions to referrals. An agency should convert at least 90% of all referrals into home care admissions. If the conversion rate is less than 90% we may not be adequately educating as to the proper uses of home care.

The percent to budget identifies the agency's visit volume performance to budget. This is our primary growth measurement and helps analyze where we are in relation to our volume goal for the agency.

# Visits by Discipline

Types of caregivers used on each case as well as the number of times they see the patient will directly affect agency performance and volume. Examine your distribution of caregivers and look for opportunities to impact utilization as appropriate for each discipline.

**National Industry Standards:**
The National Industry Standards for Visits by Discipline (shown on the tracking form) may be used as a benchmark for comparison.

Many agencies, for instance, find that MSW's are not properly utilized. Agencies may identify a need to establish quarterly inservices for staff regarding covered services, develop case studies, or have MSW's review admissions for appropriate candidates.

Proper utilization of PT, ST, and OT services may be addressed with the development of internal referrals through education of physicians, clinical staff, and discharge planners.

# SAMPLE

## VOLUME INDICATORS
## TRACKING FORM

Month: _____

| | |
|---|---|
| A. Number of Home Care Referrals | |
| B. Number of Home Care Admissions | |
| C. Referral Conversion Rate (B/A) | |
| D. Budgeted Home Care Visits | |
| E. Actual Home Care Visits | |
| F. Percent to Budget (E/D) | |
| G. Patient Count (Census - Unduplicated) | |

### Visits By Discipline

| Discipline | Budgeted Visits | Actual Visits | Percent of Total Visits | National Benchmark* |
|---|---|---|---|---|
| RN | | | | 42% |
| HHA | | | | 49% |
| PT | | | | 6% |
| OT/ST | | | | 2% |
| MSW | | | | 1% |

* Source: As reported by HCFA for total billed services for 1994.

# Physician Referral Patterns

An analysis of physician referral patterns may reveal that some of the hospital's major admitters have not admitted patients to the agency. Compare the top hospital admitters to the agency's top admitters. List those physicians not referring to the agency. The agency's medical advisor could be involved in educating those physicians regarding proper utilization of home care and physician reimbursement for care plan oversight.

The analysis should answer the following questions:

- *Who are the top admitting/referring physicians?*
- *Where are the gaps and why?*
- *What conversion opportunities are present?*
- *What steps would need to be taken to make it happen?*

# SAMPLE

## PHYSICIAN REFERRAL PATTERNS
## TRACKING FORM

**Month:** _____

| Physician | Specialty | Hospital Discharges | | Agency Admissions | |
|---|---|---|---|---|---|
| | | Total | % | Total | % |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Payor Mix

The pending changes in the Medicare program shift to PPS will have dramatic impact on the manner in which home care agencies will be paid in the years to come.  The proposed changes will force home health care providers to manage and decrease the costs of providing services and control patterns of service utilization for home bound patients.

Identifying the payor mix of the hospital and agency will be important factors as in-patient hospital stays decrease and payor sources request alternative methods of patient care.  The future health care market will lean more heavily on home care providers for high-quality, high-tech, low-cost care.  Implementation of cost reduction strategies and expansion of non-Medicare business will be required for a successful move into the managed care arena.

In preparation for the change to a managed care environment. it is necessary for the agencies to be included in managed care contracts negotiated by the hospitals. and Columbia region-wide, whenever possible.  Furthermore. agencies must focus efforts on the number of admissions, since volume will help make up for reduced reimbursement.

Please note that the "admits" and the "revenue" columns will represent raw figures for the given month.  The revenue figure will not be directly related to the admission figure for the same month. The primary purpose of this information is to compare the hospital to the agency, in revenue and admissions. from month to month.

# SAMPLE

## PAYOR MIX
## TRACKING FORM

**Month:** _____

| Payor | Hospital | | | Agency | | |
|---|---|---|---|---|---|---|
| | Admits | Revenue | % Revenue | Admits | Revenue | % Revenue |
| Medicare | | | | | | |
| Medicaid | | | | | | |
| Managed Care | | | | | | |
| Self Pay | | | | | | |
| Charity/Bad Debt | | | | | | |
| Other | | | | | | |
| TOTAL | | | 100% | | | 100% |

# Referral Sources

Customer loyalty is the single most important factor in the success of any business. Increased referrals are a direct result of the agency's willingness and ability to identify and respond to individual customer needs (i.e. case managers, discharge planners, physicians, etc.) in a timely and efficient manner. Focusing attention on identifying the needs of all customers will result in repeat business, decreased need for costly acute care and, ultimately, lower costs for health care in general.

Identify the sources from which your referrals come. Look for opportunities to expand your referral base (i.e. nursing homes, assisted living centers, physician groups, etc.). Internal support for the agency can be increased by strengthening the link between discharge planning/case management and home care with a more cohesive team approach. At the same time, we want to focus efforts on educating physicians, discharge planners and clinical staff.

# SAMPLE

## REFERRAL SOURCES
## TRACKING FORM

**Month:** _____

| Referral Source | Referrals | |
|---|---|---|
| | Number | Percent |
| Columbia Hospital(s) | | |
| Physicians (external) | | |
| Family/Friend/Self | | |
| Managed Care Organization | | |
| Other Facilities | | |
| **TOTAL** | | 100% |

# Product Marketing Plan

# Product/Marketing Plan

Columbia Homecare has developed the Homecare Product/Marketing Plan template to assist and enhance the 1996-1997 business planning process. The Product/Marketing Plan is designed to serve as a road map for achieving the goals and strategies of the agency and hospital for the balance of 1996 and 1997, and focuses on integration. It serves as a bridge between the hospital and agency. Applicable hospital and home care personnel come together to communicate and incorporate the goals and strategies of each entity accordingly.

Completion of the plan templates will provide the agency with key data used for overall assessment and strategy development. The agency will identify critical issues and associated strategies and action plans. The plan will be locally driven and should involve the entire agency and representatives from the hospital.

Portions of the Product/Marketing Plan are identical to the Revenue-Volume Analysis. Additional worksheets are provided in order to capture all relevant data for a complete agency assessment. Each worksheet provides a piece of the overall assessment. The final product will be a document that can be used in a hospital business plan, market plan, or division plan.

Follow-up is crucial to the business plan process. The Quarterly Performance Review section summarizes the action plans, individuals responsible and completion time frames. Agency Directors will submit this summary to the Division Vice President quarterly.

The Product/Marketing Plan was developed with input from various divisions, Agency Directors and community education personnel. Furthermore, the plan has been reviewed by Dr. Herb Wong and the Quantum Solutions team. It can be used in a market, division or hospital plan.

The Product/Marketing Plan will provide the "how to" guide in identifying, assessing and achieving the goals and strategies of each agency. The information gathered is crucial to business growth. Each phase in the business planning process is critical. The involvement of the Agency Directors, key hospital personnel and agency employees will ensure the development of a comprehensive and meaningful document.

**To get a copy of the templates for use in preparing the Product/Marketing Plan, contact your Director of Community Education. This template is available on computer disk (WordPerfect) or as a hard copy.**

EXHIBIT "C"

## MEMORANDUM

**TO:**     **Central Florida Community Educators**

**FROM:**   **Bill Cook, Director of Community Education**

**DATE:**   **Tuesday, March 11, 1997**

**RE:**     **Expectations**

*Thank you, everyone for hanging in there during this time of change. Many of you have recently added new accounts to your territory, and are now in the process of interviewing those accounts for their needs. Please take the time to use your new skills as learned in the Integrity Selling workshop to uncover the needs of these contacts. Soon, we will have weekly conference calls to follow up on Integrity Selling, and your CE Managers and I will be riding with you in the field to help you develop this tool.*

*I would like to clarify our expectations of you so that everyone is clear on their role and responsibility. Keep in mind that these expectations are designed to ensure that Columbia Homecare meets its goals and objectives for the year, goals that we are all being held accountable to.*

### CE Expectations:

1) *All Community Educators will make 40 calls per week.*

2) *CE's will meet weekly (in person, or by phone if necessary) with their branch manager or AD to review referral and admission activity. This meeting should take about a half-hour, and should include pertinent information about progress with accounts seen in the last week, plans for hitting agency/branch goals, physician issues, and market activity. This leadership meeting should include appropriate HCC's where possible (by phone).*

3) *Midway through each month, and at the end of each month that a CE does not reach admission goals, a variance report must be completed. This form (see attached) will be submitted at the appropriate weekly meeting with the branch manager. A copy will be sent to the CE Manager and me.*

4) *All CE's will identify their top-ten referral sources and will make an extra effort to expedite results. Please submit your top ten list to your CE Manager.*

5) *CE's will make sure that the branches they work with have posted the weekly stats in an area where all personnel can see them.*



EXHIBIT " C "

## VARIANCE REPORT

DATE _____

NAME _____
OFFICE _____

| VARIANCE | GOAL | ACTION PLAN | OUTCOME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CB/FORMS/VARIANCE REPORT


**Olsten**
Health Management

# MEMORANDUM

**TO:**     **DON McCLENDON**

**FROM:**   **RICK HARTWIG**

**RE:**     **INTEGRITY SELLING PROGRAM**

**DATE:**   **January 17, 1997**

---

Attached is a copy of the Integrity Selling Program that has been developed and being presented by Columbia Home Care Group. This document was provided to Bill Cook and myself in a recent meeting with Pam Steinke and Barbara Moyer.

I thought it would be helpful for you to have a copy of this because Columbia Home Care Group is making this program available to community educators with Columbia agencies in our area in a two and half day training program scheduled for February 24, 25, and 26, 1997.

cc: Kathy Van Blarcom



# Integrity Selling

### Facilitator's Manual

By Ron Willingham

©1991 Integrity Training Systems
IPC #838

©1991 Integrity Training Systems
IPC #636

whole life!  Only to discover 30 days later that you had

15

# GENERAL INFORMATION ABOUT THE PROGRAM



P A R T

*Columbia Healthcare Co . )ration*



# Identifying Key Target/Trial Surgeons

Classification of Surgeons for Call Purposes:

1. *Target* - may be new to area or has never utilized the facility. May need to be credentialed.
2. *Trial* - has performed at least one case in the facility, however, has not truly been sold on benefits of the surgery center.
3. *Maintenance* - routinely utilizes the Hospital/ASC and preferences are well known to staff.

*Columbia Healthcare Corporation*                                    69



# Call Cycle for Different Classification of Surgeons

*Target Surgeon* - frequent call cycle (every 4 wks)
* Build relationships with office staff
* Sell the scheduler
* Lunch & Learns
* Tour of Hospital/ASC facility
* Credentialing Package
* Close on Trial of Facility

Moves to *Trial Surgeon* once he performs a case at the Hospital/ASC facility

*Columbia Healthcare Corporation*                                    70

Columbia Healthcare Co.    .ration



# Call Cycle for Different Classification of Surgeons

_Trial Surgeon_ - frequent call cycle (every 4 wks)
* Build relationships with office staff
* Sell the scheduler
* Lunch & Learns for office staff
* Identify needs and propose solutions
* Develop surgeon preference cards
* Insure equip. needs are met to grow cases
* Ask for more cases - what can we do ??

Moves to _Maintenance Surgeon_ once caseload increases on a consistent basis for 2 quarters.

Columbia Healthcare Corporation                            71

# Call Cycle for Different Classification of Surgeons

_Maintenance Surgeon_ - frequency of call cycle - (quarterly)
* Identify needs and propose solutions
* Ask what we can do to get more cases
* Ask for references to assist you in converting target and trial surgeons
* Ask for insight on target and trial surgeons you are working with to help convert them.

Columbia Healthcare Corporation                            72

*Columbia Healthcare Corporation*

# Performance = Results

■ Incremental Surgical Case Growth

■ Number of Surgeons Performing Their
FIRST Case

■ Repurchase Rate of Individual Surgeons

*Columbia Healthcare Corporation*

73

# Best Prospects Are
# Current Customers

■ Analyze Current 100 Surgeon Utilizers

■ Where are they Splitting their Cases ?

■ It is Easier to Get Additional Cases from
Current Surgeons than to Recruit a
Completely New Surgeon.

*Columbia Healthcare Corporation*

74

*Columbia Healthcare Corporation*



# The Sales Process

- Establish Your Objectives
- Analyze The Situation
- Organize Your Team
- Develop A Target List
- Develop Your Sales Proposition
- Assimilate/Develop Your Support Materials

*Columbia Healthcare Corporation*

75

# The Sales Process

- Set Appointments With Target Physicians
- Prepare For The Appointment
- Make The Sales Call
- Ask For The Order/Business
- Make The Hand Off
- Retain Your Customer/Business

*Columbia Healthcare Corporation*

76

*38*

*Columbia Healthcare Corporation*

## Rules of Sales Success

- Positive Attitude
- Believe in Yourself
- Make A Plan - Follow Your Plan
- Take Time to Prepare
- Pack Your Bag Before Each Call
- Look Professional - Be Professional
- Be on Time for Appointment

*Columbia Healthcare Corporation*                                     77

## Rules of Sales Success

- Ask Open Ended Questions
- Don't Knock the Competition
- Listen, Listen, Listen
- Take Notes - Show Interest
- Ask for the Business
- Establish the Next Steps of Action
- Follow-up & Follow-thru after the Call

*Columbia Healthcare Corporation*                                     78

*Columbia Healthcare Corp___ation*



## Rules of Sales Success

- Sell Benefits
- Use the Team Approach
- Deliver More than you Promise
- Do it with Passion
- Be Memorable

*Columbia Healthcare Corporation*                                                     79



## How to Be Memorable

- Stop by the Office to Set up Appointment
- Hand Deliver Everything
- Send Personal Notes
- Fax Articles that are of Interest to the Surgeon's Practice
- Use Gift Baskets when appropriate
- Birthday Phone Call or Card

*Columbia Healthcare Corporation*                                                     80

*Columbia Healthcare Corporation*

## Selling Tools

Hospital/ASC  Brochures
Hospital/ASC  Profile & MC Contract List
Individual Center BDP Summary Info.
Marketing Booklets - Specialty Programs
Physician Training Programs
Center Listings for local Market
Columbia Healthcare Corp. Annual Report
Facility Location Guide Map
Columbia Senior Friends Program

Columbia Healthcare Corporation                                    81

## Rewards of Hard Work and Planning for Success



Columbia Healthcare Corporation                                    82

*41*

*Columbia Healthcare Corporation*

## Overview of Fraud & Abuse Issues in Health Care

**Statute: Anti-Kickback**
Nobody can pay (or provide services or arrange perks) in exchange for the "referral" (or procurement) of a Medicare or Medicaid beneficiary - under Federal Law.

*Columbia Healthcare Corporation*                    1

## Anti-Fraud and Abuse Law

**Criminal Sanctions:**  Violation of this prohibition is a **felony** and is subject to a fine of not more than **$25,000 per violation and/or imprisonment for not more than five (5) years.**

**Civil Sanctions:** The provider may be **excluded** from participation in the Medicare program.

*Columbia Healthcare Corporation*                    2

1

*Columbia Healthcare Corporation*

# Elements of the Statute of Fraud and Abuse

- Knowing & Willful Conduct regarding
- Solicitation of Offer involving
- Any Remuneration (money, services, or perks)
- For referring an individual or
- Recommending a referral

*Columbia Healthcare Corporation*

3

# Factors the Government is Looking For in Fraud & Abuse

1. Unnecessary costs to Medicare.
2. Over or Improper utilization of services.
3. Documented effect on Quality of Care and Access to Care.
4. Restricting patient's freedom of choice.
5. Conflicts with Medical Ethics
6. Limitations on Competition - referrals have to be given equally, not just to "your big admittors".

*Columbia Healthcare Corporation*

4

2

*Columbia Healthcare Corporation*

## deral Anti-Referral Legislation
## Stark I & Stark II

- Stark only applies to Medicare and Medicaid

- Stark only applies to Hospital Inpatient or Outpatient services

*Columbia Healthcare Corporation*                    5

## Stark I & Stark II Prohibits:

- **Physicians** from **referring** patients covered by **Medicare** and **Medicaid** for the provision of **designated health services** by entities with which the physician has an **ownership** or **compensation relationship**, and

- **Entities** form **billing** for the provision of **designated health services** to **Medicare** and **Medicaid** patients pursuant to a **prohibited referral**.

*Columbia Healthcare Corporation*                    6

3

*Columbia Healthcare Corporation*

## Designated Health Services

1. Physical and Occupational Therapy
2. Radiology Services including MRI, CT, and Ultrasound.
3. Radiation Therapy
4. Durable Medical Equipment
5. Parenteral & Enteral Nutrition Equipment & Supplies.
6. Prosthetics, Orthotics, and Prosthetic Devices
7. Home Health Services
8. Outpatient Prescription Drugs.
9. Inpatient and Outpatient Hospital Services.

*Columbia Healthcare Corporation*

7

## Stark I & Stark II Penalties

This is not a Criminal Statute.

**Civil Penalties:** Civil money penalties of up to **$15,000** for **each** illegal referral or claim. Any amounts collected improperly must be **refunded** to the payor. Violations can also result in **exclusion** from the Medicare and Medicaid programs.

*Columbia Healthcare Corporation*

8

4

EXHIBIT "D"



EXHIBIT "E"

**Olsten**
**Kimberly QualityCare**

# m e m o r a n d u m

**DATE:** 09/20/96

**TO:** Patty Ma

**FROM:** Gwynne Shepherd 

**RE:** Non-Clinical Community Educators

**CC:** Don McLendon, Kathy VanBlarcom

I am writing to ask you for your opinion on the management of those employees who are non- nurses and are in the role of Community Education for our clients. I have three such individuals. One is a social worker, one is a previous DME salesperson, and one is a Physical Education major. They are all out in the community meeting with physicians and community groups performing activities associated with general community education.

My question revolves around whether these activities and salaries can be considered reimbursable or not. I think we may be at risk if we don't lay out to our customers the potential pitfalls of using non- nurses in these positions if there is indeed a risk there.

I hope this memo makes a degree of sense to you. If you need further information or have questions, please call me at (561) 231-3837. Thank you very much for your assistance.

**Olsten Kimberly Quality    .re**

400 Northridge Road
Suite 900
Atlanta, Ga 30350

---

**Interoffice Memorandum**

To:          Don McLendon

From:        Cathy Curley

Date:        12/19/96

Re:          PCC Meeting - Columbia Dunwoody Agency, December 18,1996

Reviewed BIG picture objectives for the coming year ( see attached).. Intend to place more emphasis on education as an avenue to increase referrals. Bob Barkofsky attended 2 hours of this meeting. He did a wonderful presentation on Columbia, Columbia Georgia Division, and Columbia Dunwoody. He also explained the relationship of visits to the ability of the hospital to cost shift.  By the way, he believes that prospective pay will be here October 1997!!!!  All PCC's submitted their initial territory accounts to me for review.  I intend to discuss these individually with the PCC and the AA of that specific branch to assure that everyone is in agreement as to the direction for the next 90 days.

The PCC meetings will be scheduled for the third Thursday of every month  from 9 to 12Noon.  Each PCC will have one hour during that meeting to present an inservice to the group.  They may use a member of the clinical staff or an outside vendor BUT they also must  actively participate in the presentation. I will help them develop overheads on Powerpoint so that they  will continue to gain additional skills.
The PCC's volunteered for the following presentation schedule:
    Jan - Debra  Russell
    Feb - Benita Ganz
    Mar - Rosie McGhie
    Apr - Peggy Stauffer
    May - Susan Gibson

In January, we will begin to keep minutes of these meetings.

cc:      Tom Gilbert
         Sandy Caroland
         Todd Wiebusch
         Charmaine Mikita

# Agenda for 1997

- Increase Educational Inservices
- Working With Vendors
- Team Selling
- Presentation Skills
- Journal Club
- Learning New Concepts
- Managed Care

# PCC Focus

- ● Education
  - » Leadership through knowledge
  - » Create need
  - » Opportunity for value
  - » Establish trust
  - » Promote better patient care

# Goals/Plan of Action

- Increase referrals from existing sources
- Recapture old referral sources lost
- Decrease competitor usage by existing accounts
- Increase utilization of HHA and all other therapies
- Establish new referral sources


**Olsten**
Health Management

# MEMORANDUM

FAX TO:    Terry Mitchell            cc:    Roy Gingrich
                                            Doug Henderlight
                                            Bill McCartney
                                            Pam McGowan
                                            Don McLendon
                                            Kirk Reid
                                            Jeanne Rowland
                                            ·Rick Hartwig
                                            Gwynne Shepherd
                                            Rick Loffredo

FROM:    Kathy Van Blarcom
DATE:    February 24, 1997
SUBJ:    February Status Report

---

## Major Projects or Initiatives

- AVP's continuing to conduct weekly conference calls regarding visits and admissions.
- Group Leader conducting bi-weekly conference call with AVP's.
- Held bi-monthly meeting AVP meeting.  Discussed Best Practice Roll out, performance to budget and cost controls.  All AVP's aware of accountability to financial performance.
- Made hospital/agency visits with AVP's:
     Gwynne Shepherd - Raulerson
     Rick Hartwig -       Sanford
- Attended AD meeting in Southeast and Orlando.  Each Agency Director instructed to identify "10" referral sources and make "education" calls on a routine basis to generate "<u>new</u>" community visits.
- Met with Pam Steinke and staff - no issues - OHM and Division working well together.
- Best Practices Training for ADs to be held on February 25-26 at new OLC.
- All hospitals in Southeast and Central Florida have agreed to conduct monthly MOR's with the Agency.  AVPs and Group Leader will try to attend as many as possible. Priority will be those behind budget.

Memo:  Terry Mitchell
February 24, 1997
Page Two

## Human Resource Issues

- AD position still vacant at Cedars.  Sanford's AD position filled by Aseneth "Sam" Cassell.  Linda Johnston is the new AD at West Palm and Tracy Cisneros is the new AD for Westside.  JFK AD position filled.
- Southeast DCE still vacant - working with Don McLendon to fill.
- Will be eliminating 1 DCE position in Central Florida.  Customer agreed.  Will work with Jeanne Rowland for severance package.  Should be accomplished within 60 days.
- Gwynne Shepherd accepted V.P. Client Relations position.  Working on transition plan.  Will replace with Regional Director of Operations who will report to Rick Hartwig.  RD will cover Treasure Coast locations and work on operations projects as needed.

## Major Decision

Continue to work with Teresa Logreico/USI on Lease renewal process for Suite 320 and/or relocation plans.  A "buy out" has been arranged for lease of Suite 366.

2

**Olsten Health Managem**

400 Northridge Road
Suite 900
Atlanta, GA 30350

---

**Interoffice Memorandum**

TO:

| | | | | | | |
|---|---|---|---|---|---|---|
| Diane Austin | CLN | Betty Davis | CLN | Yvonne Darlington | HCC |
| Christine Truitt | HCC | LouAnn Parrish | CLN Mgr. | Norma Todd | HCC |
| Peggy Stauffer | PCC | Elaine Cooke | HCC | Lynn Kohl | HCC |
| Donna Hodges | HCC | Linda Kimball | CLN | Tyra Davies | CLN |
| Marty McCurdy | CLN | Susan Gibson | PCC | Debra Russell | PCC |
| Benita Ganz | PCC | Vanessa Brown | HCC | Rosalie McGhie | PCC |
| Kris Poole | CLN | Julie Daigle | CLN | Annette Dandy | CLN |

FROM:  Cathy Curley

DATE:  3/13/97

RE  CENTRAL/DUNWOODY AGENCY BUSINESS DEVELOPMENT TEAM

IN ORDER TO FOCUS ON OUR BUSINESS GROWTH, THE AGENCY MANAGERS WOULD LIKE ME TO FACILITATE A MEETING WITH THE TEAM ON A MONTHLY BASIS.  I REALIZE WITH THE COLUMBIA HOME CARE GROUP MEETING, WE ARE ASKING YOU TO ATTEND TWO MEETINGS PER MONTH DURING THE NEST TWO MONTHS. THE COLUMBIA HOME CARE GROUP MEETINGS ARE SO LARGE THAT WE WILL NOT BE ABLE TO FOCUS ON OUR INDIVIDUAL AGENCY'S NEEDS.

THE FIRST TEAM MEETING WILL BE ON THURSDAY, MARCH 20TH FROM 9:30 AM TO 1:30 PM.  THE PCC's WILL MEET SEPARATELY FROM 9:30 TO 11:30.  THE HCC AND CLN GROUP WILL ATTEND FROM 11:30 TO 1:30.  THE MEETING WILL BE IN THE OB CLASSROOM AT DUNWOODY WHICH IS ON THE 2ND FLOOR OF THE WOMEN'S PAVILION. WE WILL BE SERVING LUNCH.

PLEASE CALL ME AT 1-800-677-2244 X7438 IF YOU WILL NOT BE ABLE TO ATTEND DUE TO A VACATION SCHEDULE.  I LOOK FORWARD TO SEEING YOU ALL NEXT WEEK.

cc.:
Sandy Caroland
✓Don McLendon
Diane Whiteaker
Pam Smith

Deb Louchart
✓Todd Wiebusch
Sally Hawkins
Tom Gilbert

**Olsten Health Management**
3518 Habersham Club Drive
Cumming, GA 30031

**Fax Cover Sheet**

**DATE:**   March 14, 1997                    **TIME:**   11:18 AM

**TO:**   TAMMY MALONE                      **PHONE:** (770) 998-2239
          Olsten Health Management         **FAX:**    (770) 998-2972

**FROM:**  Cathy Curley                    **PHONE:** (770) 888-9926
           Olsten Health Management        **FAX:**   (770) 888-9926

**RE:**

**CC:**

**Number of pages including cover sheet:  2**

**Message**

HI TAMMY.  COULD YOU PLEASE DISTRIBUTE THIS MEMO TO TODD AND
DON.  THANKS.

EXHIBIT "F"



Olsten
Health Management

# MEMORANDUM

**TO:**   **DON McCLENDON**

**FROM:**   **RICK HARTWIG**

**RE:**   **INTEGRITY SELLING PROGRAM**

**DATE:**   **January 17, 1997**

Attached is a copy of the Integrity Selling Program that has been developed and being presented by Columbia Home Care Group.  This document was provided to Bill Cook and myself in a recent meeting with Pam Steinke and Barbara Moyer.

I thought it would be helpful for you to have a copy of this because Columbia Home Care Group is making this program available to community educators with Columbia agencies in our area in a two and half day training program scheduled for February 24, 25, and 26, 1997.

cc:  Kathy Van Blarcom

7575 Dr. Phillips Boulevard, Suite 320, Orlando, Florida 32819 • 407.351.9300   Fax 407-363-1099

**EXHIBIT "___F___"**

**Olsten** Health Manage. .nt                                    Interoffice Memo

400 Northridge Road, Suite 900, Atlanta, GA  30350                    (770) 998-2239

To:        Sally Hawkins
           Diane Whitaker
           Pam Smith
           Deb Louchart
           Sandy Caroland
           Cathy Curley

From:      Todd Wiebusch

Date:      February 26, 1997

A brief follow-up to yesterday's meeting:

— The Director of Community Education's (DCE-Cathy Curley) role is to achieve and exceed
   Columbia Dunwoody Medical Center's (CDMC) budget.

— Act as primary Community Education/Development liaison with CDMC, Columbia
   Homecare Group-Division and SCI.

— Provide consistent leadership and direction to PCCs.

— Coordinate overall agency education efforts with branch management input, relating to how
   the agency presents itself to the referral community.

— Document PCC activities for reimbursement purposes.

Branch Managers are responsible for:

— Branch budgets and financials.

— All operations in their location/service area.

We agreed:

— PCCs will continue to report to Branch Managers, with a strong dotted line to the DCE.

— We will (re)establish a monthly, half-day PCC meeting at a "set" time, which Branch
   Managers are encouraged to attend.

— DCE will manage weekly/monthly documentation from PCCs with support from Branch
   Managers on exceptions.

— DCE will schedule time to work with PCCs on a  periodic (usually monthly) basis.  DCE will
   send a copy of day's Field Report to Branch Manager with copies to Agency Director, Area
   Director and Area Vice President.

— Branch  Managers will meet with PCCs weekly for updates, account reviews, priorities, etc.

— Branch Manager and DCE will meet monthly (for now) with each PCC to reinforce
   operating structure, responsibilities, review accounts, etc.

— DCE will propose team configuration for each location and review with Branch Manager for final approval and implementation.

— DCE will circulate a monthly report to Branch Managers once format is determined by Columbia Homecare.

— Branch Managers will discuss any proposed re-alignments of HCC and CLN territories/ accounts with DCE before implementing.

— DCE will discus any proposed re-alignment of PCC territories/accounts with respective Branch Manager before implementing.

If any of the above is not accurate, or if you have any questions, please call me at (770)998-2239 or leave me a voice mail at (800)677-2244 extension 2086.

Thanks to each of you for your participation and contribution yesterday (as well as your on-going efforts). We have a great opportunity to surprise a lot of people this year, and how we organize ourselves, communicate with each other and present our services to the referral community will play a big part in our success.

Let's make this work. Thanks.

cc:     Tom Gilbert, CEO/Dunwoody Medical Center
        Bill McCartney, Vice President Operations/Olsten Health Management
        Don McLendon, Vice President Client Development/Olsten Health Management

EXHIBIT "G"

Transcribed and typed on March 25, 1997 by Joyce Hose, of the law firm of Harmon, Smith, Bridges & Wilbanks

<u>**CONFIDENTIAL AND PRIVILEGED**</u>

**RE:   COLUMBIA HOSPITAL CORP ET AL ("Qui Tam" Litigation/Medicare Fraud)**

This transcription was prepared by Joyce Hose for use by Don McLendon and his attorneys in preparation for any pending litigation of this case.

------------------

D.     Mark, how you doing?  This is Don McLendon.

M:     Hey, Don, how are you?

D:     Good, bud, what you up to?

M.     Well, just crunching numbers, I guess.

D:     (Laughter).

M.     Way to put it.

D:     Yea.

M.     How are you?

D.     Doing good, doing good.  I've been talking to Carla she says to -- we're kinda having fits trying to get those numbers this month.

M.     Yea I know it, know it.  -- I know you kinda transitioning out aren't you?

D.     Yea.  Yea.  I'm going into that operations role so I'm pretty much out, that was the thirty minute transition that I had there. [laughter]

M.     Right.

D.     Good opportunity, so I jumped all over this.

1

**EXHIBIT "** <u>G</u> **"**

M.    Well, that's good.  Good.

D.    But I'll, I'll try to touch base and I'll get back and - uh- see if we can wrap up some of this stuff so that, you know, you're not left holding the bag.  Are you aware that Sharmane is coming up here next Wednesday?

M.    No.

D.    Uhm, we're going to talk about uh - business plans and try to get that together.  Uh, I think you and I will be working together in this market developing some of those.

M.    Yea.

D.    So I wanted you to be aware - matter of fact I'd love you to be here if you could.

M.    Uhm, that uh -- right now I'm scheduled not to be, but I'm telling you I just got a call and I gotta be up in Dallas on Monday to meet with Kyle Hooper.

D.    Right.

M.    So uh, um, there's no telling what next week's gonna look like.

D.    Ha, ha, okay.  Well anyway we're meeting at 1:00 uh, here - uh- in the Northridge Office.

M.    Yea.

D.    1 to 3 so if you're in town I'd love for you to be here ...

M.    Okay

D.    ... on that.  Uh, and one other thing that I'm looking at is actually three things we're gonna have to look at getting that report compiled...

M.    Yea.

D.    ... and how we're going to do that within the Olsten system.  I'd like your input on how you're doing it in the other systems to get that done,

M.    Yea.

D.    ... uh, and we'll go over the business plans and compare what we're doing versus what you're doing to see if we can come up with one that's a better idea.  And, uh, third I'd like to look at the reimbursement issues that we're dealing with right now.  Are you starting to get

2

nervous about that Mark?

M.      Uh -- what are you talking about?

D.      Community education.

M.      Uhm -- you know -- I, uh - when I first saw everything they were doing it concerned me -- knowing my past -- you know -- experience with First American ...

D.      Yea.

M.      ... because all that was disallowed.

D.      Right.

M.      And uh, but you know I figured Columbia -- the way it was told to me is that the Community Education Coordinator is doing their job if it is disallowed -- and if they really are doing their job it'll pay for themselves it'll make up for the disallowments.

D.      Even if its disallowed?

M.      Well, that's what I was told, and uh

D.      I don't know, I just...

M.      Okay.

D.      It just makes me nervous because I feel like its a -- if we just kind -- disallow some of it you know [laughter], call some of it sales -- uh, the recent manuals that came out made me nervous though --- it was ...

M.      Sales Management Guide?

D.      Yea.

M.      Yea.

D.      Um ...

M.      The rename -- they're renaming that - the uh, Community Education Management Guide
        ..

D.      Good ...

3

M.      You know nothing that's gonna make a big ...

D.      Nah.

M.      ... but, uhm,...

D.      How about the integrity selling thing?

M.      Well, you know that's a store bought course, ...

D.      Right

M.      ... you can't change the name.

D.      Yea.

M.      And uh - I mean they're going full-blown and uh, -- I mean, uh, you got a guy covering Florida...

D.      Right.

M.      ... with integrity selling, so that's gonna be something that, uh, they're putting a lot of effort and money into to get people through that.

D.      Are they just going to do that all over the United States?

M.      Yea.  Oh, uh, they've gotta train the trainer course coming up sometime soon I think in April, that Kyle wants me and a couple other people to go through it so, just one person doesn't have to travel all over this country to do it ...

D.      Right.  That'll be integrity selling?

M.      Yea.

D.      Uhm.

M.      So...

D.      You're going to be a busy man. [laughter]

M.      Well, I tell you, that's part of it, uh, Don, it would seem to be the fun part of - you know, having to do the integrity selling clients

4

D.      Yea. Uh.

M.      This other stuff -- you know, giving these P&E numbers, census and all that stuff, its much more uh cumbersome than anything...

D.      Right.

M.      Right now anyway.

D.      Right, I agree with that.  That's what I'll be stuck doing a lot of as a matter of fact [laughter] its not fun. [laughter].  Okay, I'll uh, I'll give you a holler and see if we can get together next week and get together on these other two things.  I'd, I'd like to see what I can do to help you out on these reports.  Its not going to be easy Mark...

M.      Well...

D.      ...Try to get these numbers ...

M.      ... I haven't seen anything yet that was easy ... uh ...

D.      Isn't that the truth?

M.      Of course, uh, ... you know, even I'm taking within the company as well ...

D.      Yea.

M.      ... so, I met uh, er, I saw Bruce Thornton out in Dallas ....

D.      Yes.

M.      ... and you know I used to work with him in house call.

D.      Oh, I didn't know that.

M.      Yea, he's a good man.

D.      I, I, I've really not been around him.  I've met him one time.  I'm going to go over there next week and meet him, so I'm looking forward to that.  I've heard good things about him.

M.      Yea, he's a good guy.

D.      Yea, I feel good about having him over there ... alright, Mark, well, give me a holler.

5

M.      Okay.

D.      Okay, talk to you later.

M.      Okay.

D.      Bye-bye.

M.      Bye-bye.

M:      This was a phone conversation with Mark Wickline, Director of Community Education for Columbia Home Care for the entire Eastern Seaboard.  This occurred 1:10 p.m., Eastern Standard Time, Thursday, March 20th.  Mark was in his Atlanta office, number 770-644-6789; likewise I was in my Atlanta office as well 770-998-2239.  Stop.

EXHIBIT "H"



# 1997

# Incentive

# Compensation

# Plan

## DIRECTOR OF
## COMMUNITY EDUCATION

EXHIBIT "___H___"

# OLSTEN HEALTH MANAGEMENT
# 1997 INCENTIVE COMPENSATION

## - DIRECTOR OF COMMUNITY EDUCATION-

The plan has been designed to provide an incentive which supports both the company's and client's goals and mission.  The following description is provided as a guide for the plan.  Any questions should be directed to your immediate supervisor.  The incentive plan consists of the following pieces:



### A. ELIGIBILITY

Eligible participants for this plan are regular, full time employees in Olsten Health Management's (OHM) business who are Directors of Community Education.  Directors of Community Education are responsible for direct client development and advisory relationships with the client's community development staff.  Other criteria for participation can be found in the last section of this guide. (See F. - General Criteria.)

### B. INDIVIDUAL INCENTIVE OR MARKETPLACE INCENTIVE

**_Part I.  Incentive For Meeting Plan (payment of up to 15%):_**

The individual target incentive pool is 15% of the Director of Community Education's base pay.  At 100% attainment of the budgeted visits the pool will contain an amount equal to 15% of the base pay.  An additional 10% of base pay will be available for over achievement as outlined in Part II.  A marketplace for incentive purposes is defined as "a collection of operations for the same client that share a common geographical area".  In regions that operate as a marketplace, the Group Leader, at the beginning of the plan year, will have the ability to pool the calculation for all Directors of Community Education in the marketplace.  The pool is generated as follows (the maximum pool amount for Part I is 15% of base pay):

| % Budget Achievement | % Incentive Pool |
|---|---|
| <90% | 0% Base pay |
| 90-94.9% | 4.0% Base pay |
| 95-99.9% | 8.0% Base pay |
| 100% | 15.0% Base pay |

***Part II.  For Individual or Marketplace Over Achievement, Above 100% of Plan (payment of up to 10%):***

For agencies with fewer than 500,000 visits the over achievement will be 1% of base pay in the incentive pool for each 5,000 increase in visits as measured against budget.  For large agencies with more than 500,000 visits, the over achievement will be 1% of base pay in the incentive pool for each 1% increase in visits as measured against budget.

*Example 1.  Operation with budgeted visits for 1997 = 300,000 visits*
*Over achievement incentive pool is calculated as follows:*
*each 5,000 visits above budget will result in 1% of base pay in the incentive pool (up to 10%):*
- *305,000 visits will result in 1% of base pay in the incentive pool*
- *310,000 visits will result in 2% of base pay in the incentive pool*
- *350,000 visits will result in 10% of base pay in the incentive pool*

*Example 2.  Operation with budgeted visits for 1997 = 501,000 visits*
*Over achievement funding for the pool is calculated as follows for each 1% of growth (up to 10%):*
- *506,010 visits will result in 1% of base pay in the incentive pool (first 1.0% of growth)*
- *510,020 visits will result in 2% of base pay in the incentive pool (second 1.0%, or 2.0% of growth)*
- *551,100 visits will result in 10% of base pay in the incentive pool (10% of growth)*

## C.  TEAM INCENTIVE

The target team incentive is 10% of the Director of Community Education's base pay.  The team incentive is paid annually.  Team is defined as the next level above.  In the case of a Director of Community Education, team refers to all Director's of Community Education who report to the same Group Leader.  At 102% attainment of the budgeted visits the incentive amount is equal to 10% of base pay. The pool will be adjusted by the following scale (the maximum pool amount is 10% of base pay):

| % Budget Achievement | % Incentive Pool | |
|---|---|---|
| 98-101.9% | 5.0% | Base pay |
| 102% and above | 10.0% | Base pay |

## D.  DISTRIBUTION OF INCENTIVES

The Individual or Marketplace incentive pool, described in "B." above, will be distributed using the following "Balanced Scorecard" criteria that are applied quarterly or annually:

*Quarterly Criteria Scorecard - 100% of the pool will be paid based on the achievement of the targets as described and paid quarterly:*

| Quarterly Criteria | Percentage |
|---|---|
| | |
| Visits | |
| • Operations Group Leader (based on the achievement of budget targets described in section B.): | 25% |
| • Operations Team Leader (based on the achievement of budget targets described in section B.): | 25% |
| Admissions/Referrals (100% of budget or >): | 50% |

## E. PAYMENT SCHEDULE

The incentives for Director's of Community Education will be paid out on a quarterly basis using the following guidelines:

- Payments for Quarters 1 through 3 will result in payment of the incentive pool from section B. multiplied by the "Quarterly Criteria" from the Balanced Scorecard (which is 100% of the pool) and paid within 60 days after the quarter ends.

- Final payment of 100% of all portions (including the "team incentive" will be calculated based on final year-end results). The final payment (less payments for financial results made during the first three quarters) will be made during March of the next year.

Note: If the amount to be paid during either of the first three payment periods is less than $500.00, it will be held, carried forward and paid during the next regular incentive period.

## F. GENERAL CRITERIA

Participation
Participants must be actively employed (and not on a performance improvement/corrective discipline plan) on the date incentive compensation checks are distributed. Upon successfully completing a performance improvement/corrective discipline plan a participant becomes eligible for any delayed payment at the next regular payment date. New employees (including newly hired managers) begin participation on the first day of employment but are not eligible to receive a distribution until after the end of their successful completion of a 90 day introductory period. If their date of hire is not the beginning of an incentive period, then their participation is prorated by an appropriate number of weeks. Individuals on maternity or sick leave are entitled to incentive compensation for the actual time worked upon returning to their regular schedule.

Incentive Compensation Payments are not Guaranteed
All payments are subject to cash availability, economic conditions and discretion of the Olsten Board of Directors. The employee is legally entitled to the incentive compensation when the check is received.

No "Windfall" Payments
"Windfall" or excessively large payments due to inequities or errors in the plan or results truly not caused by the participant will not be allowed. Acquisitions, combinations and other significant changes in the company's business or changes in responsibilities may cause a change or

adjustment to a specific incentive plan during or at the end of the year and require appropriate approval.

Taxes Withheld
All appropriate federal and state payroll taxes are withheld on incentive compensation payments calculated in accordance with taxing authority guidelines.

Other Considerations
Sales commission programs are separate and are not to be confused or combined with this incentive compensation plan.

Bonus plan-Director of Community Education 97

EXHIBIT "I"

## SALARY ADJUSTMENT PROGRAM

## TAMPA BAY DIVISION

Pasco visit goals,
and non-hospital referrals
are consolidated.

Adjustments shall be made quarterly to reward performance with criteria established below.
Visit goals must be met for rewards to be paid. Rewards are weighted by category.
Eligible employees will be full time with proration for newly hired employees during the quarter.

### CLINICAL SUPERVISOR

| 5% OF SALARY | |
|---|---|
| 25% | visit goals per budget |
| 75% Weighted per category | 20% - increase by 10% HHA/RN utilization ratio up to 86% |
| | 20% - visit utilization at 55 vs/admit |
| | 10% - employee productivity at minimum weekly requirement |
| | 10% - measurable improvement from QA/QI studies |
| | 10% - HRS survey results without deficiencies* |
| | 10% - no upheld denials |
| | 10% - 100% compliance with accurate and timely billing |
| | 10% - internal QA improvement |

### HOME CARE COORDINATORS

| 5% OF SALARY | |
|---|---|
| 25% | visit goals per budget |
| 75% Weighted by category | 60% - increase by 5% referrals to Columbia agencies up to 90% |
| | 50% - increase by 5% Medicare patients to receive home health up to 75% |

### COMMUNITY EDUCATORS

| 5% OF SALARY | |
|---|---|
| 25% | visit goals per budget |
| 75% Weighted by category | increase by 10% - non-hospital referrals |

f:users\kaz\lotus5\randi\salry2.wk4

EXHIBIT "  I  "

**PAGE TWO**

### QUALITY ASSURANCE NURSES

| 5 % OF SALARY | |
|---|---|
| 25% | visit goals per budget |
| 75% | 20% - utilization at 88 vs/admit |
| Weighted | 10% - increase by 5% HHA/RN ratio |
| per category | 10% - measurable improvement from QA/QI studies |
| | 10% - HRS survey without deficiencies* |
| | 20% - no upheld denials |
| | 10% - 100% in accurate and timely billing |
| | 20% - billing improvement in internal QA |

### DIRECTOR OF PROFESSIONAL SERVICES

| 10 % OF SALARY | |
|---|---|
| 75% | visit goals per budget |
| 25% | achieving department criteria established above |

### OPTIONAL PROGRAM FOR DISCHARGE PLANNERS

| % OF SALARY | |
|---|---|
| | increase by 5%, Medicare patients to receive home health |

f:users\kmz\lotus6\randi\salry2.wk4

EXHIBIT "J"

03/07/1997                 COLUMBIA FOUR RIVERS MEDICAL CENTER                      Page    1
                           ALPHABETIC EMPLOYEE NAME LIST
                                Department: 860

| NAME | EMP# | TITLE | DIVISION, DEPARTMENT |
|------|------|-------|----------------------|
| Austin, Vickie H | 05002 | Secretary - Dept. | COL/HCA, 860 *OR* |
| Ballard, Kimbrough L | 02158 | Dept. Manager | COL/HCA, 860 *part time* |
| Crusoe, Austin | 00499 | Env. Supervisor | COL/HCA, 860 |
| Donald, Mary J | 05362 | None Specified | COL/HCA, 860 *HR* |
| Harris, Mary R | 05356 | Operator/PRN | COL/HCA, 860 |
| Haugland, II, Lloyd N | 02827 | Controller | COL/HCA, 860 *full salary* |
| Matsko, Brenda | 01868 | Receiving Clk. | COL/HCA, 860 |
| McDole, Beatrice P | 00256 | Lead Housekeeper | COL/HCA, 860 |
| Morgan, Alice L | 02467 | Operator/PRN | COL/HCA, 860 |
| Rester, Linda F | 01907 | Soc. Wkr. - PFS | COL/HCA, 860 *case manager* |
| Richardson, Ruby P | 01832 | Nurse Care Mgr. | COL/HCA, 860 |
| Richardson, Sylvia D | 05363 | Operator/PRN | COL/HCA, 860 |
| Russell, Elizabeth B | 05019 | Dept. Manager | COL/HCA, 860 |
| Stewart, C R | 05350 | Dept. Manager | COL/HCA, 860 |
| Vines, Frances M | 00187 | Distr. Supervisor | COL/HCA, 860 |
| Walton, Gertie M | 02795 | Operator - PBX | COL/HCA, 860 |
| Ware, Linda T | 02644 | Therap.RPT - PT | COL/HCA, 860 |
| Watts, Gurtha L | 00270 | Env. Aide | COL/HCA, 860 |
| Woods, Monica J | 05357 | Operator/PRN | COL/HCA, 860 |
| Wynne, Thomas R | 02709 | Service Coord. | COL/HCA, 860 |

Total Employees: 20

*Kim — Bonus in Homecare department*
*$10,000—*

EXHIBIT " __J__ "

EXHIBIT "K"



# Columbia Homecare Group

### Supporting Agency Growth

**Presented by:**
**Tom Dowd**
**&**

David Boelter

---

## Supporting Agency Growth

◆ **Roles and Expectations**

◆ **Business Planning Process**

◆ **Marketing Resource Guide**

◆ **Integration with Columbia Marketing Initiatives**

◆ **Homecare Name Branding**

EXHIBIT "___K___"

## Roles And Expectations

### *Business Development Team*

**The mission of the Business Development Team is to support the Columbia Agencies and Divisions by providing information, tools, and resources designed to:**

◆ **Increase Market Share**

◆ **Improve Customer Satisfaction**

◆ **Accelerate Brand Awareness**

## Roles and Expectations



## Roles And Expectations

### *Role of Director of Community Education:*

- ◆ **Assist agencies in achieving budgeted objectives**
- ◆ **Implement programs to support agency growth and personal development**
- ◆ **Conduct field based training**
- ◆ **Be a catalyst for integration**



## Business Planning Process

### INTEGRATION

## Home Care Business Plan Template

◆ **Market Assessment**

◆ **Key Business Indicators**

◆ **Critical Issues**

◆ **Strategy**

◆ **Action Plan**

◆ **Tracking, Follow-Up, Review & Revisions**

## Marketing Resource Guide

◆ **Development of a new marketing tool box**

◆ **Focus group to identify home care marketing needs**

## Marketing Resource Guide Contents

◆ **Collaterals**

◆ **Communications (press-releases, physician letters, home care articles)**

◆ **Advertising (yellow pages)**

◆ **Promotional Items**

◆ **Time Frames for Distribution**

## Integration with Columbia Marketing Initiatives

◆ **Senior Friends**

◆ **Call Center**

◆ **Research (Patient Satisfaction Survey - Gallup)**

◆ **Internet**

◆ **One Source**

## Integration with Columbia Marketing Initiatives

### *Senior Friends:*

- ◆ **Membership Drive**
- ◆ **Cross Marketing Opportunities**
- ◆ **Home Care Discount Incentive for Members**
- ◆ **Home Care Articles in Magazine**

## Integration with Columbia Marketing Initiatives

### *Columbia Call Center:*

- ◆ **Home Care Information Capacity**
- ◆ **Marketing Fulfillment Capacity**
- ◆ **Centralized Referral Center (in development)**

## Integration with Columbia Marketing Initiatives

### *Research - Patient Satisfaction Survey:*

- ◆ **Integration with Columbia System (Gallup)**
- ◆ **Home Care System Design**
  - **– Quarterly Telephone surveys**
- ◆ **Beta Test Markets**

---

## Integration with Columbia Marketing Initiatives

### *Internet:*

- ◆ **One of Three National Homecare Providers on Internet**
- ◆ **Designing Homecare Questions & Answer Section**
- ◆ **Sponsoring Physician Chats On Homecare**

### *One Source:*

- ◆ **Articles on Homecare**
- ◆ **Home Care To Be Feature Section In Upcoming Issues**

# Home Care Name Branding

◆ **Approximately 50% of All Agencies Have Completed Transition**

◆ **Market Success Examples**

◆ **Compliance with Graphic Standards**

◆ **Benefits of Unified Front**